B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Granite Cartage Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3946799** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3240 Loverock Avenue**<br>**P.O. Box 288**<br>**Steger, IL**           ZIP Code **60475** | Street Address of Joint Debtor (No. and Street, City, and State):           ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):           ZIP Code | Mailing Address of Joint Debtor (if different from street address):           ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."
☑ Debts are primarily
business debts.

---

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the debtor
is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed
to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more
classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                                                                                           Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Granite Cartage Company** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)                (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Granite Cartage Company** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ David E. Grochocinski**
Signature of Attorney for Debtor(s)

**David E. Grochocinski**
Printed Name of Attorney for Debtor(s)

**Grochocinski Grochocinski & Lloyd**
Firm Name
**1900 Ravinia Pl.**
**Orland Park, IL 60462**
Address

**708-226-2700  Fax: 708-226-9030**
Telephone Number
**January 23, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Rosanne M. DeJoris**
Signature of Authorized Individual
**Rosanne M. DeJoris**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**January 23, 2008**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Granite Cartage Company**      Case No. _____

Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bechstein Construction Co.**<br>**17368 - 68th Court**<br>**Tinley Park, IL 60477** | **Bechstein Construction Co.**<br>**17368 - 68th Court**<br>**Tinley Park, IL 60477** | **open account subject to set-off** | | **43,644.67** |
| **Hot Rock Trucking**<br>**10342 S. 74th Avenue**<br>**Palos Hills, IL 60465** | **Hot Rock Trucking**<br>**10342 S. 74th Avenue**<br>**Palos Hills, IL 60465** | **open account** | | **9,935.00** |
| **Hughes Socol Piers Resnick et al** | **Hughes Socol Piers Resnick et al** | **open account** | | **19,170.46** |
| **Int'l Brotherhood of Teamsters**<br>**Union 731 c/o Dowd, Bloch et al**<br>**8 S. Michigan Avenue, 19th Floor**<br>**Chicago, IL 60603** | **Int'l Brotherhood of Teamsters**<br>**Union 731 c/o Dowd, Bloch et al**<br>**8 S. Michigan Avenue, 19th Floor**<br>**Chicago, IL 60603** | | **Contingent Unliquidated Disputed** | **300,000.00** |
| **Knight Trucking**<br>**P.O. Box 279**<br>**New Lenox, IL 60451** | **Knight Trucking**<br>**P.O. Box 279**<br>**New Lenox, IL 60451** | **open account subject to set-off** | **Contingent Unliquidated Disputed** | **29,837.85** |
| **Material Service Corp.**<br>**181 W. Madison Street**<br>**Chicago, IL 60602** | **Material Service Corp.**<br>**181 W. Madison Street**<br>**Chicago, IL 60602** | **open account** | | **75,852.32** |
| **Ol' Glory Transportation, Inc.**<br>**P.O. Box 730**<br>**Peotone, IL 60468** | **Ol' Glory Transportation, Inc.**<br>**P.O. Box 730**<br>**Peotone, IL 60468** | **open account** | | **8,664.89** |
| **Pozzo Illinois, Inc.**<br>**c/o Ronald Primack, LLC**<br>**18401 Maple Creek Drive, Suite 100**<br>**Tinley Park, IL 60477** | **Pozzo Illinois, Inc.**<br>**c/o Ronald Primack, LLC**<br>**18401 Maple Creek Drive, Suite 100**<br>**Tinley Park, IL 60477** | | **Contingent Unliquidated Disputed** | **10,070.12** |
| **RJ & R Trucking & Excavating Inc.**<br>**210 Industry Drive**<br>**Frankfort, IL 60423** | **RJ & R Trucking & Excavating Inc.**<br>**210 Industry Drive**<br>**Frankfort, IL 60423** | **open account subject to set-off** | | **13,720.94** |

In re  **Granite Cartage Company** _____  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Scott Acres, Russ Day et al c/o Robert Cervoue, Dowed Bloch et 8 S. Michigan Ave, Suite 1900 Chicago, IL 60603 | Scott Acres, Russ Day et al c/o Robert Cervoue, Dowed Bloch et 8 S. Michigan Ave, Suite 1900 Chicago, IL 60603 | 07L 003162 Cook Co Law Dept | Contingent Unliquidated Disputed | 50,000.00 |
| Speedway Super America LLC P.O. Box 740587 Cincinnati, OH 45274 | Speedway Super America LLC P.O. Box 740587 Cincinnati, OH 45274 | open account | | 19,086.54 |
| Stony Tire, Inc. 19870 Stony Island Avenue Lynwood, IL 60411 | Stony Tire, Inc. 19870 Stony Island Avenue Lynwood, IL 60411 | open account | | 16,465.87 |
| The Bank of Commerce 171 E. Irving Park Road Wood Dale, IL 60191 | The Bank of Commerce 171 E. Irving Park Road Wood Dale, IL 60191 | 2005 Hilbilt 22" Frameless Mongoose Dump Trailer see attached list | | 21,208.64 (0.00 secured) |
| The Bank of Commerce 171 E. Irving Road Wood Dale, IL 60191 | The Bank of Commerce 171 E. Irving Road Wood Dale, IL 60191 | 2006 GMC Sienna Pickup Truck see attached list | | 15,719.33 (0.00 secured) |
| The Bank of Commerce 171 E. Irving Park Road Wood Dale, IL 60191 | The Bank of Commerce 171 E. Irving Park Road Wood Dale, IL 60191 | miscellaneous truck parts and tires | | 84,206.70 (1,000.00 secured) |
| The Bank of Commerce 171 E. Irving Park Road Wood Dale, IL 60191 | The Bank of Commerce 171 E. Irving Park Road Wood Dale, IL 60191 | 2006 Mack CV713 Truck Tractor see attached list | | 63,154.14 (0.00 secured) |
| Tressler Soderstom Maloney et al Sears Tower, 22nd Floor 233 S. Wacker Drive Chicago, IL 60606 | Tressler Soderstom Maloney et al Sears Tower, 22nd Floor 233 S. Wacker Drive Chicago, IL 60606 | open account | Contingent Unliquidated Disputed | 36,000.00 |
| William Woldman et al. c/o Down Block et al 8 S. Michigan Avenue, #1900 Chicago, IL 60603 | William Woldman et al. c/o Down Block et al 8 S. Michigan Avenue, #1900 Chicago, IL 60603 | pending lawsuit 07C 1608 (N.D. Illinois) | Contingent Unliquidated Disputed | 100,000.00 |
| Z-Tech Construction, Inc. 317 East Margaret Street Thornton, IL 60476 | Z-Tech Construction, Inc. 317 East Margaret Street Thornton, IL 60476 | open account subject to set off | | 25,986.30 |
| Zenere Trucking | Zenere Trucking | open account subject to set off | | 12,002.16 |

In re    **Granite Cartage Company** _____    Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **January 23, 2008** _____    Signature    **/s/ Rosanne M. DeJoris** _____
**Rosanne M. DeJoris**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Granite Cartage Company**

Debtor,

Case No. _____

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 1,245,365.51 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 388,766.30 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 854,689.56 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 1,245,365.51 | | |
| Total Liabilities | | | | 1,243,455.86 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Granite Cartage Company**

_____,
Debtor

Case No. _____

Chapter _____ **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re    **Granite Cartage Company**
_____,    Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|---|
| | | Total > | 0.00 | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Granite Cartage Company**
_____ ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **cd #57428 (pledged for motor vehicle tax)** | - | 2,100.00 |
| | | **Bank of Commerce - checking account average balance** | - | 4,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           **6,100.00**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Granite Cartage Company**
_____ ,    Case No. _____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **accounts receivable** | - | 366,565.51 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **counterlaim or possible affirmative defenses vs. Bruce DeJoris (est.)** | - | 15,000.00 |

|  | Sub-Total > | 381,565.51 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Granite Cartage Company**                              ,    Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | sett off rights between the debtor and Beckstein Construction, Z Tech, Z Force, Zenere and RJ & R Trucking and K&A Trucking (amount owed is approximately equal to the amount that the debtor owes to them) | - | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | operating authority Federal and State for Granite Cartage | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 GMC Envoy XLS LT 4 door | - | 15,200.00 |
| | | 2002 Kenworth T800B | - | 40,000.00 |
| | | additional equipment - see attached exhibit | - | 400,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Desks, chairs, computers and like office equipment | - | 1,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | see above | - | 400,000.00 |
| 30. Inventory. | | miscellaneous truck parts and tires | - | 1,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    857,700.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Granite Cartage Company**                                         ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **1,245,365.51** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# Granite Cartage Company, Inc.
## Equipment List

| Year | Truck # | Make & Model | Serial Number | Plate # | Expires | Date Purchased | Purchase Price |
|---|---|---|---|---|---|---|---|
| 1989 | 17 | Mack R600 | 1M2N27Y9KW011496 | P577338 | 3/31/2007 | 2/25/2005 | $10,000.00 |
| 2000 | 21 | Kenworth T800B | 1NKDL09X0YJ862460 | P577339 | 3/31/2007 | 11/24/1999 | $73,475.00 |
| 2000 | 22 | Kenworth T800B | 1NKDL09X2YJ862461 | P577340 | 3/31/2007 | 11/24/1999 | $73,475.00 |
| 2001 | 23 | Kenworth W900B | 1XKWD49X21J873667 | P577341 | 3/31/2007 | 9/25/2000 | $90,500.00 |
| 2002 | 24 | Kenworth T800B | 1XKDD49X62J889473 | P577342 | 3/31/2007 | 9/25/2000 | $66,241.00 |
| 2006 | 25 | Mack CV713 | 1M1AG10Y96M047976 | P568749 | 3/31/2007 | 12/22/2005 | $92,500.00 |
| 1999 | 26 | Kenworth T800 | 1XKDD69X7XJ822439 | P577343 | 3/31/2007 | 2/4/1999 | $81,495.00 |
| 1997 | 29 | Kenworth T800 | 1XKDD29X8VR756071 | P577344 | 3/31/2007 | 4/4/1997 | $77,672.50 |
| 1991 | 113 | Fruehauf Trailer | 1H4DD2329MK000503 | 236956ST | Never | 4/14/1999 | $14,000.00 |
| 1999 | 123 | Hilbilt Mongoose Trailer | 1H9A1E3A6XV1015179 | 237001ST | Never | 8/11/2003 | $20,000.00 |
| 2005 | 125 | Hilbilt Mongoose Trailer | 1H9A1E3C451015129 | 28240?ST | Never | 8/29/2005 | $36,500.00 |
| 2000 | 126 | American Trailer | 1A9DF242XYR368009 | 236958ST | Never | 8/3/1999 | $32,500.00 |
| 1997 | 129 | Hilbilt Mongoose Trailer | 1H9A1E3AXV1015232 | 236959ST | Never | 8/14/1997 | $27,800.00 |
| 1995 | 133 | Galbreath Trailer | 1G9A2427SB157284 | 236960ST | Never | 7/28/1994 | $27,900.00 |
| 1988 | 254 | Hilbilt Hi-Dump Trailer | 1H9A3B4A41101S112 | 248217ST | Never | 4/19/2004 | $9,000.00 |
| 1990 | 103 | Gooseneck Lowboy Econ Trailer | 16GL62A22XB032493 | T220159 | Never | 4/24/1999 | $8,057.00 |
| 2000 | 104 | Gooseneck Lowboy Trailer | 16GLT2824YB032682 | T271923 | Never | 9/22/2000 | $10,629.00 |
| 2006 | 106 | Cronkhite Tilt-Deck Trailer | 47336272661000200 | 301531ST | Never | 12/22/2005 | $6,092.00 |
| 1990 | 8 | Caterpillar IT14B Front-End Loader | 3NJ00601 | N/A | N/A | 10/28/1999 | $37,000.00 |
| 2005 | 18 | Caterpillar 232 Skid Steer | CAT0232BASCH00945 | N/A | N/A | 4/13/2005 | $28,032.00 |
| 1995 | 5 | Chevrolet Cab Chassis Pickup | 1GBKC34F4SJ118036 | 56390-F | 6/30/2006 | 11/27/1995 | $22,540.00 |
| 1999 | 7 | Dodge 2500 Quad Cab Pickup | 3B7KF23Z9XG218442 | 9669HK-B | 6/30/2006 | 6/4/1999 | $26,610.00 |
| 2001 | 10 | Chevrolet 3500 Cab Chassis | 1GBJK34181E309470 | P298736 | 3/31/2007 | 7/26/2001 | $36,926.00 |
| 2004 | 12 | GMC Sierra Pickup | 1GTHK29U144E144863 | GRANIT-E | 12/31/2006 | 12/31/2003 | $35,282.00 |
| 1991 | 14 | Chevrolet P30 Step Van | 1GCKP32K2M3315665 | 74724-F | 6/30/2006 | 12/7/2004 | $5,500.00 |
| 2005 | 19 | GMC Envoy XL SLT 4 Door | 1GKET16S356172687 | STREGA | 6/30/2006 | 3/10/2005 | $43,801.00 |
| 2006 | 20 | GMC Sierra 2500 Pickup | 1GTHK24U16E165931 | 10807H-B | 12/31/2006 | 12/13/2005 | $27,759.00 |

B6D (Official Form 6D) (12/07)

In re     **Granite Cartage Company**                                    Case No. _____

_____,
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxxxx7000**<br><br>**Caterpillar Financial Services**<br>**P.O. Box 730669**<br>**Dallas, TX 75373** | | - | | **see list - 2005 232 Skid Steer**<br><br><br>Value $           **15,000.00** | | | | 6,375.53 | 0.00 |
| Account No. **xx-xxx6799**<br><br>**Dept of Treasury**<br>**Internal Revenue Service**<br>**Washington, DC 20224** | | - | | **tax lien (subordinate to Puritan Finance)**<br><br>**accounts receivable**<br><br>Value $          **366,565.51** | | | | 38,000.00 | 0.00 |
| Account No. **xxxxxxxx2036**<br><br>**GMAC**<br>**P.O. Box 9001951**<br>**Louisville, KY 40290** | X | - | | **automobile lien**<br><br>**2005 GMC Envoy XLS LT 4 door**<br><br>Value $           **15,200.00** | | | | 16,729.44 | 1,529.44 |
| Account No. **xxxxxxxxxxxxxx6514**<br><br>**Paccar Financial**<br>**1901 North Roselle Road**<br>**Suite 900**<br>**Schaumburg, IL 60195** | X | - | | **2002 Kenworth T800B**<br><br><br>Value $           **40,000.00** | | | | 6,601.71 | 0.00 |
| __2__ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | 67,706.68 | 1,529.44 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Granite Cartage Company**                                                                  ,   Case No. _____

_Debtor_

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No.<br><br>**Puritan Finance Corp**<br>**c/o Lawrence Friedman**<br>**55 W. Monroe Street, Suite 3590**<br>**Chicago, IL 60603** | X | - | **(1st lien on A/R's)**<br><br>**accounts receivable**<br><br>Value $         **366,565.51** | | | | 134,670.81 | 0.00 |
| Account No. **xxx0115**<br><br>**The Bank of Commerce**<br>**171 E. Irving Park Road**<br>**Wood Dale, IL 60191** | X | - | **lien**<br><br>**2006 Mack CV713 Truck Tractor**<br>**see attached list**<br><br>Value $            **0.00** | | | | 63,154.14 | 63,154.14 |
| Account No. **xxx0114**<br><br>**The Bank of Commerce**<br>**171 E. Irving Park Road**<br>**Wood Dale, IL 60191** | X | - | **lien**<br><br>**2005 Hilbilt 22" Frameless Mongoose Dump Trailer see attached list**<br><br>Value $            **0.00** | | | | 21,208.64 | 21,208.64 |
| Account No. **xxx0116**<br><br>**The Bank of Commerce**<br>**171 E. Irving Road**<br>**Wood Dale, IL 60191** | X | - | **lien**<br><br>**2006 GMC Sienna Pickup Truck**<br>**see attached list**<br><br>Value $            **0.00** | | | | 15,719.33 | 15,719.33 |
| Account No. **xxx0117**<br><br>**The Bank of Commerce**<br>**171 E. Irving Road**<br>**Wood Dale, IL 60191** | X | - | **blanket line in assets and second lien on A/Rs**<br><br>**miscellaneous truck parts and tires**<br><br>Value $         **1,000.00** | | | | 84,206.70 | 83,206.70 |

Sheet ___**1**___ of ___**2**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 318,959.62 | 183,288.81 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Granite Cartage Company**                                          ,   Case No. _____
                                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx0189**<br><br>**The Bank of Commerce**<br>**171 E. Irving Park Road**<br>**Wood Dale, IL 60191** | X | - | | | **lien**<br><br>**cd #57428 (pledged for motor vehicle tax)**<br><br>Value $          **2,100.00** | | | | **2,100.00** | **0.00** |
| Account No. | | | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | | | <br><br><br><br>Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **2,100.00** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **388,766.30** | **184,818.25** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                 Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Granite Cartage Company**                                      Case No. _____
                                                                              ,
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                           __1__    continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Granite Cartage Company**                                        ,    Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx6799**<br><br>**Dept. of the Treasury**<br>**Internal Revenue Service**<br>**Washington, DC 20224** | - | | **tax lien - notice purposes only 2002 - 940/941 (debt listed on schedule D)** | | | | 0.00 | **0.00** | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)   0.00 | **0.00** / 0.00

Total (Report on Summary of Schedules)   0.00 | **0.00** / 0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Granite Cartage Company**                  ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Airgas North Central** <br> **3300 Butler Avenue** <br> **Chicago Heights, IL 60411** | - | | open account | | | | 356.86 |
| Account No. <br><br> **American Express TRS** <br> **Remittance Process, 9th Floor** <br> **300 S. Riverside** <br> **Chicago, IL 60606** | | | open account | | | | 8,000.00 |
| Account No. <br><br> **Bechstein Construction Co.** <br> **17368 - 68th Court** <br> **Tinley Park, IL 60477** | - | | open account <br> subject to set-off | | | | 43,644.67 |
| Account No. <br><br> **Black Dirt, Inc.** <br> **P.O. Box 492** <br> **Mokena, IL 60448** | - | | open account | | | | 2,120.00 |
| __11__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 54,121.53 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                           S/N:29789-071227    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Granite Cartage Company**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | open account | | | | |
| Brianna Trucking 1725 N. New England Avenue Chicago, IL 60607 | - | | | | | | 1,803.29 |
| Account No. | | | open account | | | | |
| Chicago Trailer Pool Corp P.O. Box 691 Palatine, IL 60078 | - | | | | | | 1,607.82 |
| Account No. | | | open account | | | | |
| Cintas Corp. P.O. Box 88 Hammond, IN 46325 | - | | | | | | 668.79 |
| Account No. | | | open account | | | | |
| Competitive Landscaping 8934 S. parkside Oak Lawn, IL 60453 | - | | | | | | 8,655.00 |
| Account No. | | | open account | | | | |
| Duneland Sand Enterprises LLC 10797 Randolph Street Crown Point, IN 46307 | - | | | | | | 32.50 |

Sheet no. _1_ of _11_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **12,767.40**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Granite Cartage Company**                                                              , Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | open account | | | | | | |
| Duneland Sand Inc. 563 West 300 North Valparaiso, IN 46385 | - | | | | | | | | 97.50 |
| Account No. | | | open account | | | | | | |
| Emil's Tires 5601 Sauk Trail Matteson, IL 60443 | - | | | | | | | | 545.00 |
| Account No. | | | open account | | | | | | |
| Exxon Mobil P.O. Box 5727 Carol Stream, IL 60197 | - | | | | | | | | 5,092.07 |
| Account No. | | | open account | | | | | | |
| Fastenal Co P.O. box 978 Winona, MN 55987 | - | | | | | | | | 638.66 |
| Account No. | | | open account | | | | | | |
| Fedex P.O. Box 94515 Palatine, IL 60094 | - | | | | | | | | 169.22 |

Sheet no. __2__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            6,542.45

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Granite Cartage Company**                                      ,      Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | open account | | | | |
| **Gina Logistic Corp 9220 Sally Lane #2W Schiller Park, IL 60176** | - | | | | | | | 2,041.82 |
| Account No. | | | | open account | | | | |
| **HCI Transportation Technologies 7801 W. 47th Street La Grange, IL 60525** | - | | | | | | | 206.54 |
| Account No. | | | | open account | | | | |
| **Heritage Crystal Clean LLC 13621 Collections Center Drive Chicago, IL 60693** | - | | | | | | | 155.75 |
| Account No. | | | | open account | | | | |
| **Hot Rock Trucking 10342 S. 74th Avenue Palos Hills, IL 60465** | - | | | | | | | 9,935.00 |
| Account No. | | | | open account | | | | |
| **Hughes Socol Piers Resnick et al** | - | | | | | | | 19,170.46 |

Sheet no. __3___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    31,509.57

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Granite Cartage Company**                    ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ingalls Occupational Medicine<br>75 Remittance Drive<br>Suite 1550<br>Chicago, IL 60675** | - | | | | open account | | | | 165.00 |
| Account No. **xxCV 3218**<br><br>**Int'l Brotherhood of Teamsters<br>Union 731 c/o Dowd, Bloch et al<br>8 S. Michigan Avenue, 19th Floor<br>Chicago, IL 60603** | - | | | | | X | X | X | 300,000.00 |
| Account No.<br><br>**K&A Trucking<br>P.O. Box 437<br>Steger, IL 60475** | - | | | | open account<br>subject to set-off | | | | 5,617.09 |
| Account No.<br><br>**Knight Trucking<br>P.O. Box 279<br>New Lenox, IL 60451** | - | | | | open account<br>subject to set-off | X | X | X | 29,837.85 |
| Account No. **xxAR 1195**<br><br>**Knight Trucking, Inc.<br>c/o Troy & Associates, Inc.<br>5 E. Van Buren Street, Suite 306<br>Joliet, IL 60432** | - | | | | notice purposes only<br>07AR 1195 (same as above) | | | | 0.00 |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
                       (Total of this page)     **335,619.94**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Granite Cartage Company**                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | open account | | | | |
| Land Reclamation Services, Inc. 1127 S. Chicago Street Joliet, IL 60436 | | - | | | | | | 300.00 |
| Account No. | | | | open account | | | | |
| LeFarge North America 7N394 S. McLean South Elgin, IL 60177 | | - | | | | | | 6,194.67 |
| Account No. | | | | open account | | | | |
| Lincoln Paving co. 1340 171st Street Hazel Crest, IL 60429 | | - | | | | | | 330.00 |
| Account No. | | | | open account | | | | |
| Material Service Corp. 181 W. Madison Street Chicago, IL 60602 | X | - | | | | | | 75,852.32 |
| Account No. | | | | open account | | | | |
| Maze Trucking, Inc. 3004 Magnolia Plaza Chicago Heights, IL 60411 | | - | | | | | | 4,402.71 |

Sheet no. __5___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

87,079.70

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Granite Cartage Company**                                    ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | open account | | | | |
| Midwest Suburban Publishing 6901 W. 159th Street Tinley Park, IL 60477 | | - | | | | | 779.19 |
| Account No. | | | open account | | | | |
| Monarch Auto Supply 1112 Halsted Street Chicago Heights, IL 60411 | | - | | | | | 18.09 |
| Account No. | | | open account | | | | |
| Morton Salt P.O. Box 93052 Chicago, IL 60673 | | - | | | | | 3,100.33 |
| Account No. | | | open account | | | | |
| Nextel Communications P.O. Box 4191 Carol Stream, IL 60197 | | - | | | | | 1,680.43 |
| Account No. | | | open account | | | | |
| Nikolich Milomir 12665 State Line Road Cedar Lake, IN 46303 | | - | | | | | 1,572.50 |

Sheet no. __6___ of __11___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **7,150.54**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Granite Cartage Company**                                    , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Ol' Glory Transportation, Inc.**<br>**P.O. Box 730**<br>**Peotone, IL 60468** | | - | | open account | | | | 8,664.89 |
| Account No.<br><br>**Patten Industries, Inc.**<br>**635 West Lake Street**<br>**Elmhurst, IL 60126** | | - | | open account | | | | 163.94 |
| Account No.<br><br>**Perry Steitz**<br>**3040 N. Knox**<br>**Chicago, IL 60641** | | - | | open account | | | | 6,623.01 |
| Account No. **xxMx 3272**<br><br>**Pozzo Illinois, Inc.**<br>**c/o Ronald Primack, LLC**<br>**18401 Maple Creek Drive, Suite 100**<br>**Tinley Park, IL 60477** | | - | | | X | X | X | 10,070.12 |
| Account No.<br><br>**Precision Truck Equipment**<br>**1945 177th Street**<br>**Lansing, IL 60438** | | - | | open account | | | | 1,248.15 |

Sheet no. __7___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **26,770.11**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Granite Cartage Company**                                    ,          Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**RJ & R Trucking & Excavating Inc.**<br>**210 Industry Drive**<br>**Frankfort, IL 60423** | - | | | | **open account**<br>**subject to set-off** | | | | **13,720.94** |
| Account No. **xxxxL xx3162**<br><br>**Scott Acres, Russ Day et al**<br>**c/o Robert Cervoue, Dowed Bloch et**<br>**8 S. Michigan Ave, Suite 1900**<br>**Chicago, IL 60603** | - | | | | **07L 003162**<br>**Cook Co Law Dept** | X | X | X | **50,000.00** |
| Account No.<br><br>**Seyfarth Shaw LLP**<br>**131 S. Dearborn**<br>**Suite 2400**<br>**Chicago, IL 60603** | - | | | | **open account** | | | | **1,498.50** |
| Account No.<br><br>**She Rocks Trucking Co.**<br>**P.O. Box 325**<br>**Lockport, IL 60441** | - | | | | **open account** | | | | **1,727.78** |
| Account No.<br><br>**Southlake Security Systems, Inc.**<br>**217 E. Main Street**<br>**Griffith, IN 46319** | - | | | | **open account** | | | | **120.00** |

Sheet no. __**8**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**67,067.22**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Granite Cartage Company** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | open account | | | | |
| Speedway II P.O. Box 740587 Cincinnati, OH 45274 | | - | | | | | 5,173.19 |
| Account No. | | | open account | | | | |
| Speedway Super America LLC P.O. Box 740587 Cincinnati, OH 45274 | | - | | | | | 19,086.54 |
| Account No. | | | open account | | | | |
| Star/A&J Disposal Service, Inc. 20 S. Street Park Forest, IL 60466 | | - | | | | | 75.64 |
| Account No. | | | open account | | | | |
| Stony Tire, Inc. 19870 Stony Island Avenue Lynwood, IL 60411 | | - | | | | | 16,465.87 |
| Account No. | | | open account | | | | |
| Transport Finishes 1217 171st Street Hazel Crest, IL 60429 | | - | | | | | 2,158.59 |

Sheet no. __9__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    42,959.83

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Granite Cartage Company**                          ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | open account | | | | |
| Tressler Soderstom Maloney et al Sears Tower, 22nd Floor 233 S. Wacker Drive Chicago, IL 60606 | - | | | | X | X | X | 36,000.00 |
| Account No. | | | | open account | | | | |
| Vulcan Materials 14999 Collections Drive Chicago, IL 60693 | - | | | | | | | 5,002.12 |
| Account No. xxC 1608 | | | | pending lawsuit 07C 1608 (N.D. Illinois) | | | | |
| William Woldman et al. c/o Down Block et al 8 S. Michigan Avenue, #1900 Chicago, IL 60603 | - | | | | X | X | X | 100,000.00 |
| Account No. | | | | open account subject to set off | | | | |
| Z Force Trucking & Excavating | - | | | | | | | 4,110.69 |
| Account No. | | | | open account subject to set off | | | | |
| Z-Tech Construction, Inc. 317 East Margaret Street Thornton, IL 60476 | - | | | | | | | 25,986.30 |

Sheet no. __10__ of __11__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)    **171,099.11**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Granite Cartage Company**                                                    ,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  **Zenere Trucking** | - | | | **open account subject to set off** | | | | **12,002.16** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **12,002.16** |
| Total (Report on Summary of Schedules) | **854,689.56** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Granite Cartage Company**                                    ,    Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **3240 Loverock Avenue<br>Steger, IL 60475** | **commercial lease<br>32-33-409-036, 037,038,039,040,041 and 042** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **Granite Cartage Company**                                            ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bruce DeJoris** | **Material Service Corp.**<br>**181 W. Madison Street**<br>**Chicago, IL 60602** |
| **Bruce DeJoris** | **Puritan Finance Corp**<br>**c/o Lawrence Friedman**<br>**55 W. Monroe Street, Suite 3590**<br>**Chicago, IL 60603** |
| **Bruce DeJoris** | **Paccar Financial**<br>**1901 North Roselle Road**<br>**Suite 900**<br>**Schaumburg, IL 60195** |
| **Bruce DeJoris** | **GMAC**<br>**P.O. Box 9001951**<br>**Louisville, KY 40290** |
| **Bruce DeJoris** | **The Bank of Commerce**<br>**171 E. Irving Park Road**<br>**Wood Dale, IL 60191** |
| **Bruce DeJoris** | **The Bank of Commerce**<br>**171 E. Irving Park Road**<br>**Wood Dale, IL 60191** |
| **Bruce DeJoris** | **The Bank of Commerce**<br>**171 E. Irving Road**<br>**Wood Dale, IL 60191** |
| **Bruce DeJoris** | **The Bank of Commerce**<br>**171 E. Irving Park Road**<br>**Wood Dale, IL 60191** |
| **Bruce DeJoris** | **The Bank of Commerce**<br>**171 E. Irving Park Road**<br>**Wood Dale, IL 60191** |
| **Roseann DeJoris** | **The Bank of Commerce**<br>**171 E. Irving Park Road**<br>**Wood Dale, IL 60191** |
| **Roseanne Dejoris** | **Puritan Finance Corp**<br>**c/o Lawrence Friedman**<br>**55 W. Monroe Street, Suite 3590**<br>**Chicago, IL 60603** |

1
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Granite Cartage Company**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Roseanne DeJoris** | **Paccar Financial**<br>**1901 North Roselle Road**<br>**Suite 900**<br>**Schaumburg, IL 60195** |
| **Roseanne DeJoris** | **GMAC**<br>**P.O. Box 9001951**<br>**Louisville, KY 40290** |
| **Roseanne DeJoris** | **The Bank of Commerce**<br>**171 E. Irving Park Road**<br>**Wood Dale, IL 60191** |
| **Roseanne DeJoris** | **The Bank of Commerce**<br>**171 E. Irving Road**<br>**Wood Dale, IL 60191** |
| **Roseanne DeJoris** | **The Bank of Commerce**<br>**171 E. Irving Park Road**<br>**Wood Dale, IL 60191** |
| **Roseanne DeJoris** | **The Bank of Commerce**<br>**171 E. Irving Park Road**<br>**Wood Dale, IL 60191** |
| **Roseanne DeJoris** | **Material Service Corp.**<br>**181 W. Madison Street**<br>**Chicago, IL 60602** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Granite Cartage Company**                                       Case No.
                                                    Debtor(s)      Chapter    **11**


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**28**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **January 23, 2008**                         Signature   **/s/ Rosanne M. DeJoris**
                                                                **Rosanne M. DeJoris**
                                                                **President**


*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Granite Cartage Company** _____    Case No. _____
                                         Debtor(s)               Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept.................................................    $    _____**10,000.00**

      Prior to the filing of this statement I have received..............................    $    _____**10,000.00**

      Balance Due..........................................................................................    $    _____**0.00**

2.    The source of the compensation paid to me was:

      ■ Debtor        □ Other (specify):

3.    The source of compensation to be paid to me is:

      ■ Debtor        □ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
          **Representation of Debtor in all matters arising in the reorganization of case except for any appeals or related
          State Court proceedings that might arise after a modification of the stay and all other matters required to be
          performed for the filing of aplan and disclosure statement, contested matters and motions and such other
          services related to the Chapter 11 reorganization of the Debtor**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **This undertaking does not include any State Court representation nor appeals from any rulings in the Bankruptcy
      Court or otherwise unless specifically agreed to between the Debtor and counsel**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **January 23, 2008** _____        **/s/ David E. Grochocinski** _____
                                                               **David E. Grochocinski**
                                                               **Grochocinski Grochocinski & Lloyd**
                                                               **1900 Ravinia Pl.**
                                                               **Orland Park, IL 60462**
                                                               **708-226-2700  Fax: 708-226-9030**

---

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Granite Cartage Company**                                    ,   Case No. _____

                                              Debtor

                                                           Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Rosanne M. DeJoris** | | **100%** | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**January 23, 2008**_____        Signature _**/s/ Rosanne M. DeJoris**_____

                                                                **Rosanne M. DeJoris**
                                                                **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

____**0**____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Granite Cartage Company**

Debtor(s)

Case No.

Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                      **85**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **January 23, 2008**

**/s/ Rosanne M. DeJoris**

**Rosanne M. DeJoris**/**President**
Signer/Title

3240 Loverock Avenue
Steger, IL 60475


Airgas North Central
3300 Butler Avenue
Chicago Heights, IL 60411


American Express TRS
Remittance Process, 9th Floor
300 S. Riverside
Chicago, IL 60606


Bechstein Construction Co.
17368 - 68th Court
Tinley Park, IL 60477


Black Dirt, Inc.
P.O. Box 492
Mokena, IL 60448


Brianna Trucking
1725 N. New England Avenue
Chicago, IL 60607


Bruce DeJoris


Bruce DeJoris


Bruce DeJoris


Bruce DeJoris


Bruce DeJoris


Bruce DeJoris

Bruce DeJoris


Bruce DeJoris


Bruce DeJoris


Caterpillar Financial Services
P.O. Box 730669
Dallas, TX 75373

Chicago Trailer Pool Corp
P.O. Box 691
Palatine, IL 60078

Cintas Corp.
P.O. Box 88
Hammond, IN 46325

Competitive Landscaping
8934 S. parkside
Oak Lawn, IL 60453

Dept of Treasury
Internal Revenue Service
Washington, DC 20224

Dept. of the Treasury
Internal Revenue Service
Washington, DC 20224

Duneland Sand Enterprises LLC
10797 Randolph Street
Crown Point, IN 46307

Duneland Sand Inc.
563 West 300 North
Valparaiso, IN 46385

Emil's Tires
5601 Sauk Trail
Matteson, IL 60443

Exxon Mobil
P.O. Box 5727
Carol Stream, IL 60197


Fastenal Co
P.O. box 978
Winona, MN 55987


Fedex
P.O. Box 94515
Palatine, IL 60094


Gina Logistic Corp
9220 Sally Lane #2W
Schiller Park, IL 60176


GMAC
P.O. Box 9001951
Louisville, KY 40290


HCI Transportation Technologies
7801 W. 47th Street
La Grange, IL 60525


Heritage Crystal Clean LLC
13621 Collections Center Drive
Chicago, IL 60693


Hot Rock Trucking
10342 S. 74th Avenue
Palos Hills, IL 60465


Hughes Socol Piers Resnick et al


Ingalls Occupational Medicine
75 Remittance Drive
Suite 1550
Chicago, IL 60675


Int'l Brotherhood of Teamsters
Union 731 c/o Dowd, Bloch et al
8 S. Michigan Avenue, 19th Floor
Chicago, IL 60603

K&A Trucking
P.O. Box 437
Steger, IL 60475


Knight Trucking
P.O. Box 279
New Lenox, IL 60451


Knight Trucking, Inc.
c/o Troy & Associates, Inc.
5 E. Van Buren Street, Suite 306
Joliet, IL 60432


Land Reclamation Services, Inc.
1127 S. Chicago Street
Joliet, IL 60436


LeFarge North America
7N394 S. McLean
South Elgin, IL 60177


Lincoln Paving co.
1340 171st Street
Hazel Crest, IL 60429


Material Service Corp.
181 W. Madison Street
Chicago, IL 60602


Maze Trucking, Inc.
3004 Magnolia Plaza
Chicago Heights, IL 60411


Midwest Suburban Publishing
6901 W. 159th Street
Tinley Park, IL 60477


Monarch Auto Supply
1112 Halsted Street
Chicago Heights, IL 60411


Morton Salt
P.O. Box 93052
Chicago, IL 60673

Nextel Communications
P.O. Box 4191
Carol Stream, IL 60197

Nikolich Milomir
12665 State Line Road
Cedar Lake, IN 46303

Ol' Glory Transportation, Inc.
P.O. Box 730
Peotone, IL 60468

Paccar Financial
1901 North Roselle Road
Suite 900
Schaumburg, IL 60195

Patten Industries, Inc.
635 West Lake Street
Elmhurst, IL 60126

Perry Steitz
3040 N. Knox
Chicago, IL 60641

Pozzo Illinois, Inc.
c/o Ronald Primack, LLC
18401 Maple Creek Drive, Suite 100
Tinley Park, IL 60477

Precision Truck Equipment
1945 177th Street
Lansing, IL 60438

Puritan Finance Corp
c/o Lawrence Friedman
55 W. Monroe Street, Suite 3590
Chicago, IL 60603

RJ & R Trucking & Excavating Inc.
210 Industry Drive
Frankfort, IL 60423

Roseann DeJoris

Roseanne Dejoris

Roseanne DeJoris

Roseanne DeJoris

Roseanne DeJoris

Roseanne DeJoris

Roseanne DeJoris

Roseanne DeJoris

Roseanne DeJoris

Scott Acres, Russ Day et al
c/o Robert Cervoue, Dowed Bloch et
8 S. Michigan Ave, Suite 1900
Chicago, IL 60603

Seyfarth Shaw LLP
131 S. Dearborn
Suite 2400
Chicago, IL 60603

She Rocks Trucking Co.
P.O. Box 325
Lockport, IL 60441

Southlake Security Systems, Inc.
217 E. Main Street
Griffith, IN 46319

Speedway II
P.O. Box 740587
Cincinnati, OH 45274


Speedway Super America LLC
P.O. Box 740587
Cincinnati, OH 45274


Star/A&J Disposal Service, Inc.
20 S. Street
Park Forest, IL 60466


Stony Tire, Inc.
19870 Stony Island Avenue
Lynwood, IL 60411


The Bank of Commerce
171 E. Irving Park Road
Wood Dale, IL 60191


The Bank of Commerce
171 E. Irving Park Road
Wood Dale, IL 60191


The Bank of Commerce
171 E. Irving Road
Wood Dale, IL 60191


The Bank of Commerce
171 E. Irving Park Road
Wood Dale, IL 60191


The Bank of Commerce
171 E. Irving Park Road
Wood Dale, IL 60191


Transport Finishes
1217 171st Street
Hazel Crest, IL 60429


Tressler Soderstom Maloney et al
Sears Tower, 22nd Floor
233 S. Wacker Drive
Chicago, IL 60606

Vulcan Materials
14999 Collections Drive
Chicago, IL 60693


William Woldman et al.
c/o Down Block et al
8 S. Michigan Avenue, #1900
Chicago, IL 60603


Z Force Trucking & Excavating


Z-Tech Construction, Inc.
317 East Margaret Street
Thornton, IL 60476


Zenere Trucking

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Granite Cartage Company** _____    Case No. _____
_____ Debtor(s)                            Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Granite Cartage Company**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 23, 2008** _____          **/s/ David E. Grochocinski** _____
Date                                                  **David E. Grochocinski**
                                                      Signature of Attorney or Litigant
                                                      Counsel for    **Granite Cartage Company** _____
                                                      **Grochocinski Grochocinski & Lloyd**
                                                      **1900 Ravinia Pl.**
                                                      **Orland Park, IL 60462**
                                                      **708-226-2700 Fax:708-226-9030**