IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|   |   |   |
|---|---|---|
| In Re: | ) | Bankruptcy No. 08 - 01475 |
| Granite Cartage Co., Inc. | ) | Chapter 11 |
|   | ) |   |
| Debtor | ) | Judge Hollis |

## DEBTOR'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019

NOW COMES the Debtor, Granite Cartage Co., Inc., by and through

Its attorneys, Grochocinski, Grochocinski & Lloyd, Ltd., and, pursuant to Rule 1019 of

the Rules of Bankruptcy Procedure, make the following final report.

1. This case was filed as a Chapter 11 on January 23, 2008.

2. The case was converted to a Chapter 7 on the motion of the United States Trustee on August 5, 2008.

3. The Debtor incurred the following debts after the filing of the Petition and before conversion of the case:

   NAME & ADDRESS                                           AMOUNT

   SEE ATTACHED LIST OF DEBTS AND LIST OF CREDITORS

4. The Debtor incurred the following property after the filing of the Petition and before conversion of the case:

   Accounts receiveable secured in favor of Puritan Finance and list provided to said creditor.

5. The Debtor entered into the following executory contracts and unexpired leases after the filing of the Petition and before conversion of the case:

(LIST CONTINUING LEASES OR UNPERFORMED CONTRACTS

ENTERED INTO AFTER FILING OF BANKRUPTCY AND PRIOR TO

CONVERSION TO CHAPTER 7 HERE).   NONE

                                              Respectfully submitted,
                                              GRANITE CARTAGE CO., INC.

                                              BY:  /s/ David E. Grochocinski
                                                           One of its attorneys

David E. Grochocinski
David P. Lloyd
Ariane Holtschlag
1900 Ravinia Place
Orland Park, IL 60462
708-226-2700
708-226-9030 Facsimile