PAMELA S. HOLLIS
## UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| GRANITE CARTAGE COMPANY | § § | Case No. 08-01475 |
| Debtor(s) | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 01/23/2008 . The case was converted to one under Chapter 7 on 08/05/2008 . The undersigned trustee was appointed on 08/05/2008 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     335,565.24

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 52,040.07 |
| Payments to creditors | 131,040.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 152,485.17 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) (Page: 1)

6. The deadline for filing claims in this case was 01/16/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 20,028.26 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 15,000.00 , for a total compensation of $ 15,000.00 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/10/2010           By:/s/PHILIP V. MARTINO
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

Case No: 08-01475 PSH Judge: PAMELA S. HOLLIS
Case Name: GRANITE CARTAGE COMPANY

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 08/05/08 (c)
341(a) Meeting Date: 09/24/08
Claims Bar Date: 01/16/09

For Period Ending: 09/10/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CD #547428 (for Motor Vehicle Taxes) | 2,100.00 | 0.00 | | 0.00 | FA |
| 2. Bank of Commerce Checking Account Average balance, | 4,000.00 | 0.00 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE Secured Lien on A/R | 366,565.51 | 0.00 | | 0.00 | FA |
| 4. Counterclaim against Bruce DeJoris Estimated Value | 15,000.00 | 0.00 | | 0.00 | FA |
| 5. Set Off Rights | 0.00 | 0.00 | OA | 0.00 | FA |
| 6. Operating Authority Federal and State | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2005 GMC Envoy XLS LT 4 door | 15,200.00 | 17,700.00 | | 17,700.00 | FA |
| 8. 2002 Kenworth T800B | 40,000.00 | 40,151.00 | | 40,151.00 | FA |
| 9. Additional Equipment | 400,000.00 | 268,388.00 | | 268,388.00 | FA |
| 10. OFFICE EQUIPMENT | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 11. Miscellaneous Truck Parts and Tires | 1,000.00 | 9,121.00 | | 9,121.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 205.24 | Unknown |
| TOTALS (Excluding Unknown Values) | $845,365.51 | $335,360.00 | | $335,565.24 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 08/01/10

LFORM1    UST Form 101-7-TFR (9/1/2009) (Page: 3)

Ver: 15.20

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 08-01475 -PSH | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | GRANITE CARTAGE COMPANY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | ******6148 BofA - Money Market Account |
| Taxpayer ID No: | ******6799 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 09/10/10 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/02/08 | 000301 | Paccar Financial | Settlement on Kenworth | 4210-000 | | 5,000.00 | -5,000.00 |
| 12/03/08 | 9 | Chicago Liquidators Services, Inc. | | 1129-000 | 105,032.00 | | 100,032.00 |
| | | CHICAGO LIQUIDATORS SERVICES | Sale of Vehicles Memo Amount: 261,433.00 | | | | |
| | | | Memo Amount: ( 126,040.00 ) PAYMENT TO BANK OF COMMERCE | 4210-000 | | | |
| | | CHICAGO LIQUIDATORS | Memo Amount: ( 30,361.00 ) CHICAGO LIQUIDATORS COMMISSION | 3610-000 | | | |
| 12/09/08 | 000302 | DLA Piper LLP (US) | Fees 5,151.00 | 3110-000 | | 5,286.43 | 94,745.57 |
| | | | Expenses 135.43 | 3120-000 | | | 94,745.57 |
| | | | | | | | 94,745.57 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 4.46 | | 94,750.03 |
| 01/29/09 | * NOTE * | Chicago Liquiators, Inc. | * NOTE * Properties 7, 8, 9, 11 Memo Amount: 73,927.00 | 1129-000 | 59,306.00 | | 154,056.03 |
| | | CHICAGO LIQUIDATORS | Gross Sales of Vehicles/Misc. | | | | |
| | | CHICAGO LIQUIDATORS SERVICES, INC. | Memo Amount: ( 14,621.00 ) Commission and out of pocket | 3610-000 | | | |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.61 | | 154,057.64 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 2.33 | | 154,059.97 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 9.04 | | 154,069.01 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 12.66 | | 154,081.67 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 13.08 | | 154,094.75 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 12.67 | | 154,107.42 |
| 07/28/09 | 000303 | Illinois Department of Revenue P. O. Box 19017 Springfield, IL 62794-9017 | 2008 Tax Return | 2820-000 | | 1,598.00 | 152,509.42 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 13.09 | | 152,522.51 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 12.98 | | 152,535.49 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 12.54 | | 152,548.03 |
| | | | Page Subtotals | | 164,432.46 | 11,884.43 | |

LFORM24  UST Form 101-7-TFR (9/1/2009) (Page: 4)

Ver: 15.20

Page: 2
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-01475 -PSH
Case Name: GRANITE CARTAGE COMPANY
Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******6148 BofA - Money Market Account

Taxpayer ID No: ******6799
For Period Ending: 09/10/10

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 12.95 | | 152,560.98 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 12.55 | | 152,573.53 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 12.96 | | 152,586.49 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 12.95 | | 152,599.44 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 11.71 | | 152,611.15 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 12.97 | | 152,624.12 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.99 | | 152,633.11 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 6.47 | | 152,639.58 |
| 06/07/10 | 000304 | International Sureties, Ltd. | Blanket Bond #016026455 | 2300-000 | | 173.64 | 152,465.94 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 6.28 | | 152,472.22 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 6.47 | | 152,478.69 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 6.48 | | 152,485.17 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 164,543.24 | 12,058.07 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 164,543.24 | 12,058.07 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 164,543.24 | 12,058.07 |

Memo Allocation Receipts: 335,360.00
Memo Allocation Disbursements: 171,022.00
Memo Allocation Net: 164,338.00

Total Allocation Receipts: 335,360.00
Total Allocation Disbursements: 171,022.00
Total Memo Allocation Net: 164,338.00

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ******6148 | 164,543.24 | 12,058.07 | 152,485.17 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand 152,485.17 |

Page Subtotals 110.78 173.64

Ver. 15.20

Page: 3
Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-01475 -PSH | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | GRANITE CARTAGE COMPANY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6148 BofA - Money Market Account |
| Taxpayer ID No: | *******6799 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 09/10/10 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals 0.00 0.00

ANALYSIS OF CLAIMS REGISTER

CASE NO.: 08-01475-PSH
CASE NAME: GRANITE CARTAGE COMPANY
CLAIMS BAR DATE: 01/16/09
CLAIMS REVIEWED BY: PHILIP V. MARTINO, Trustee

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | PHILIP V. MARTINO 300 NORTH LASALLE STREET SUITE 4000 CHICAGO, IL 60654 | Administrative | | | 15,000.00 | 15,000.00 |
| | PHILIP V. MARTINO 300 NORTH LASALLE STREET SUITE 4000 CHICAGO, IL 60654 | Administrative | | | 0.00 | 0.00 |
| 001 3110-00 | DLA Piper | Administrative | | 0.00 | 17,785.48 | 17,785.48 |
| 001 3410-00 | Popowcer Katten, Ltd. | Administrative | | 0.00 | 4,947.00 | 4,947.00 |
| 002 6210-16 | Grochocinski, Grochocinski and Lloyd, Ltd. | Administrative | | 0.00 | 35,235.47 | 34,672.97 |
| 000019 999 6820-00 | Illinois Department of Revenue Attn Bankruptcy Administrative Unit 100 West Randolph Street Level 7-410 Chicago IL 60601 | Administrative | (19-1) administrative expense claim | 0.00 | 98.35 | 98.35 |
| 000037 001 2950-00 | Office of the U.S. Trustee | Administrative | | 0.00 | 11,415.74 | 11,415.74 |
| 00061 999 2820-00 | Illinois Dept of Employment Security 33 South State Street Chicago, IL 60603 | Administrative | | 0.00 | 3,132.78 | 3,132.78 |
| | | Subtotal for Class Administrative | | 0.00 | 87,614.82 | 87,052.32 |
| 000001 050 4210-00 | Puritan Finance Corp c/o Fred R. Harbecke 29 S. Lasalle Ste 945 Chicago, IL 60603 | Secured | (1-1) Blanket Lien Court order valuing collateral entered 7/27/2010 | 0.00 | 135,438.00 | 6,261.05 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | | Subtotal for Class Secured | | | | 6,261.05 |
| 000006 040 5800-00 | Dept of Treasury Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | Priority | | 38,000.00 | 135,438.00 38,433.83 | 38,433.83 |
| 000038 040 5300-00 | TERRY PARKS 8646 N. 2250 W. Rd. Manteno, IL 60950 | Priority | | 10,442.50 | 10,442.50 | 10,442.50 |
| 000046 040 5300-00 | KYLE B. KWOKA 2254 E. 176th Place Lansing, IL 60438 | Priority | | 487.10 | 487.10 | 487.10 |
| | | Subtotal for Class Priority | | 48,929.60 | 49,363.43 | 49,363.43 |
| 1(A) 070 7100-00 | Puritan Financial Corporation | Unsecured | Court order valuing collateral entered 7/27/2010 | 0.00 | 135,438.00 | 129,176.95 |
| 000002 070 7100-00 | Emil's Tires 5601 Sauk Trail Matteson, IL 60443 | Unsecured | | 1,000.00 | 2,106.50 | 2,106.50 |
| 000003 070 7100-00 | Seyfarth Shaw LLP 131 S. Dearborn Suite 2400 Chicago, IL 60603 | Unsecured | | 1,498.50 | 1,498.50 | 1,498.50 |
| 000004 070 7100-00 | Knight Trucking Inc. C/O Steven Plato Troy its attorney 5 East Van Buren Suite 306 Joliet, Illinois 60432 | Unsecured | | 29,837.85 | 13,512.75 | 13,512.75 |
| 000005 070 7100-00 | Black Dirt, Inc. P.O. Box 492 Mokena, IL 60448 | Unsecured | | 2,120.00 | 2,120.00 | 2,120.00 |
| 000007 070 7100-00 | Z-Tech Construction, Inc. P O Box 66 Thornton, IL 60476 | Unsecured | | 25,986.30 | 28,436.15 | 28,436.15 |
| 000008 070 7100-00 | Ol'Glory Transportation, Inc. P.O. Box 730 Peotone, IL 60468 | Unsecured | | 8,664.89 | 7,650.00 | 7,650.00 |
| 000010 070 7100-00 | Sprint Nextel -- Correspondence Attn: Bankruptcy Dept PO Box 7949 Overland Park, KS 66207-0949 | Unsecured | | 1,680.43 | 64.73 | 64.73 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | Stony Tire, Inc. 19870 Stony Island Avenue Lynwood, IL 60411 | Unsecured | | 16,465.87 | 17,047.22 | 17,047.22 |
| 000012 070 7100-00 | K&A Trucking P.O. Box 437 Steger, IL 60475 | Unsecured | | 5,617.09 | 17,179.97 | 17,179.97 |
| 000013 070 7100-00 | Bruce R. DeJoris 879 Joliet Street #197 Dyer, Indiana 46311 | Unsecured | | 50,000.00 | 41,433.33 | 41,433.33 |
| 000014 070 7100-00 | Tressler Soderstrom Maloney & Priess, LLP C/O Elizabeth Z. Mathieson 233 South Wacker Drive, 22nd Floor Chicago, IL 60606-6399 | Unsecured | (14-1) Per E-Filer, Exhibits C - H do not apply, they will e-file an Amended Claim (Modified 4/7/08)(14-2) Legal services rendered(14-3) Legal fees rendered (14-2) Incorrect/Incomplete PDF, filer notified to file another amended claim (Modified on 04/08/08) | 36,000.00 | 26,906.04 | 26,906.04 |
| 000015 070 7100-00 | Pozzo Illinois, Inc. c/o Ronald Primack, LLC 18401 Maple Creek Drive, Suite 100 Tinley Park, IL 60477 | Unsecured | (15-1) judgment entered 8-3-07 / goods sold | 10,070.12 | 6,308.84 | 6,308.84 |
| 000016 070 7100-00 | American Express Bank FSB c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | (16-1) Credit Card Debt | 8,000.00 | 8,829.89 | 8,829.89 |
| 000017 070 7100-00 | Hanson Material Service Corp 8505 Freeport Parkway st. 500 Irving, Texas 75063 | Unsecured | | 13,720.94 | 49,458.08 | 49,458.08 |
| 000018 070 7100-00 | Fastenal Co P.O. box 978 Winona, MN 55987 | Unsecured | | 638.66 | 576.45 | 576.45 |
| 000020 070 7100-00 | Dawn Companies, Inc. c/o Matthew M. Hevrin HINSHAW & CULBERTSON LLP 100 Park Avenue Rockford, IL 61101 | Unsecured | | 0.00 | 0.00 | 0.00 |
| 000021 070 7100-00 | Speedway SuperAmerica LLC Douglas R Melin 539 South Main St Findlay, OH 45840 | Unsecured | | 19,086.54 | 35,877.10 | 35,877.10 |

UST Form 101-7-TFR (9/1/2009) (Page: 9)

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000022 070 7100-00 | Hughes Socol Piers Resnick & Dym, Ltd. 70 West Madison Street, Suite 4000 Chicago, Illinois 60602 | Unsecured | | 19,170.46 | 16,170.46 | 16,170.46 |
| 000028 070 7100-00 | L.731, IB of T, Excavators & Pavers Pension Fund c/o Dowd, Bloch & Bennett attn: Michele M. Reynolds 8 S. Michigan Avenue, 19th Floor Chicago, IL 60603 | Unsecured | (28-1) Withdrawal Liability, Audit Contributions, Interest, Liquidated Damages, Audit Fees | 100,000.00 | 296,468.65 | 296,468.65 |
| 000029 070 7100-00 | Health & Welfare Fund of the Excavating, Grading & Ashphalt Craft, L. 731 c/o Dowd, Bloch & Bennett 8 S. Michigan Avenue, 19th Floor Chicago, IL 60603 | Unsecured | (29-1) Audit contributions, interest, liquidated damages and audit fees | 0.00 | 209,571.89 | 209,571.89 |
| 000030 070 7100-00 | Russell Day 12715 Cline Avenue Cedar Lake, IN 46303 | Unsecured | (30-1) Estimated Unpaid Wages | 0.00 | 60,000.00 | 60,000.00 |
| 000031 070 7100-00 | Scott Acres 7380 Green Wood Court Demotte, IN 46310 | Unsecured | (31-1) Estimated Unpaid Wages | 0.00 | 20,516.00 | 20,516.00 |
| 000032 070 7100-00 | Kevin Peterson 1439 Cicero Avenue Crestwood, IL 60445 | Unsecured | (32-1) Estimated Unpaid Wages | 0.00 | 10,000.00 | 10,000.00 |
| 000033 070 7100-00 | Robert Stachler 2547 W. 118th Street Chicago, IL 60655 | Unsecured | (33-1) Estimated Unpaid Wages | 0.00 | 50,000.00 | 50,000.00 |
| 000034 070 7100-00 | Mark Van Drunnen 8526 Towle Street Dyer, IN 46311 | Unsecured | (34-1) Unpaid Wages | 0.00 | 69,812.00 | 69,812.00 |
| 000035 070 7100-00 | Kevin R. Wolfe 1930 Maiden Lane Whiting, IN 46394 | Unsecured | (35-1) Estimated Unpaid Wages | 0.00 | 50,000.00 | 50,000.00 |
| 000036 070 7100-00 | Wright Express Financial Services Exxon/Mobile P O BOX 639 Portland, ME 04103 | Unsecured | | 0.00 | 5,188.97 | 5,188.97 |
| 000039 070 7100-00 | Airgas North Central 3300 Butler Avenue Chicago Heights, IL 60411 | Unsecured | | 0.00 | 1,969.36 | 1,969.36 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000040 070 7100-00 | RJ & R Trucking and Excavating Inc. c/o Robert Habib 77 W. Washington Street Suite 411 Chicago, IL 60602 | Unsecured | (40-1) Services performed | 13,720.94 | 18,483.66 | 18,483.66 |
| 000041 070 7100-00 | Bruce R. DeJoris 879 Joliet Street #197 Dyer, Indiana 46311 | Unsecured | | 0.00 | 41,433.33 | 41,433.33 |
| 000043 070 7100-00 | Acuity Kohner,Mann & Kailas,S.C. Barnabas Business Center 4650 N. Port Washington Road Milwaukee, WI 53212 | Unsecured | (43-1) Insurance Premium | 0.00 | 1,803.00 | 1,803.00 |
| 000044 070 7100-00 | Midwest Suburban Publishing 6901 W. 159th Street Tinley Park, IL 60477 | Unsecured | | 779.19 | 779.19 | 779.19 |
| 000045 070 7100-00 | Perry Steitz 3040 N. Knox Chicago, IL 60641 | Unsecured | | 6,623.01 | 6,600.00 | 6,600.00 |
| 000047 070 7100-00 | Exxon Mobil Wright Express Financial Services P O BOX 639 Portland, ME 04103 | Unsecured | | 5,092.07 | 5,188.97 | 5,188.97 |
| 000049 070 7100-00 | Vulcan Construction Materials LP d/b/a Vulcan Materials Company c/o Patrick Mazza & Associates 290 South Main Place, #101 Carol Stream IL 60188 | Unsecured | (49-1) goods delivered | 5,002.12 | 121,980.06 | 121,980.06 |
| 000050 070 7100-00 | Material Service Corp. 7660 Imperial Way Allentown, PA 18195 | Unsecured | | 52,035.15 | 49,458.08 | 49,458.08 |
| 000051 070 7100-00 | Health & Welfare Fund of the Excavating, Grading & Ashphalt Craft, L. 731 c/o Dowd, Bloch & Bennett 8 S. Michigan Avenue, 19th Floor Chicago, IL 60603 | Unsecured | (51-1) contributions, interest, liquidated damages and audit fees pursuant to a payroll audit for the prd. of 8/1/03–4/30/07 | 0.00 | 209,571.89 | 209,571.89 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 000052 070 7100-00 | L.731, IB of T, Excavators & Pavers Pension Fund c/o Dowd, Bloch & Bennett attn: Michele M. Reynolds 8 S. Michigan Avenue, 19th Floor Chicago, IL 60603 | Unsecured | (52-1) withdrawal liability; contributions, interest, liquidated damages and audit fees pursuant to payroll audit for pd. of 8/1/03-4/30/07 | 0.00 | 296,468.65 | 296,468.65 |
| 000053 070 7100-00 | Kevin Peterson 1439 Cicero Avenue Crestwood, IL 60445 | Unsecured | (53-1) Estimated Unpaid Wages based on Prevailing Wages Claims | 0.00 | 10,000.00 | 10,000.00 |
| 000054 070 7100-00 | Robert Stachler 2547 W. 118th Street Chicago, IL 60655 | Unsecured | (54-1) Estimated Unpaid Wages | 0.00 | 50,000.00 | 50,000.00 |
| 000055 070 7100-00 | Kevin R. Wolfe 1930 Maiden Lane Whiting, IN 46394 | Unsecured | (55-1) Estimated Unpaid Wages based on Prevailing Wages Claims | 0.00 | 50,000.00 | 50,000.00 |
| 000056 070 7100-00 | Mark Van Drunnen 8526 Towle Street Dyer, IN 46311 | Unsecured | (56-1) Estimated Unpaid Wages based on Prevailing Wages Claims and Unpaid Overtime | 0.00 | 69,812.00 | 69,812.00 |
| 000057 070 7100-00 | Russell Day 12715 Cline Avenue Cedar Lake, IN 46303 | Unsecured | (57-1) Estimated Unpaid Wages based on Prevailing Wages Claims | 0.00 | 60,000.00 | 60,000.00 |
| 000058 070 7100-00 | Scott Acres 7380 Green Wood Court Demotte, IN 46310 | Unsecured | (58-1) Estimated Unpaid Wages based on Prevailing Wages Claims & Amounts owed pursuant to Termination Agreement | 0.00 | 20,516.00 | 20,516.00 |
| 000059 070 7100-00 | Russ Day 12715 Cline Ave. Cedar Lake, IN 46303 | Unsecured | | 0.00 | 60,000.00 | 60,000.00 |
| 000060 080 7200-00 | Morton Salt 123 N. Wacker Dr Chicago, IL 60606 | Unsecured | | 3,100.33 | 3,042.85 | 3,042.85 |
| | | Subtotal for Class Unsecured | | 435,910.46 | 2,259,278.56 | 2,253,017.51 |
| | | Case Totals: | | 484,840.06 | 2,531,694.81 | 2,395,694.31 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-01475
Case Name: GRANITE CARTAGE COMPANY
Trustee Name: PHILIP V. MARTINO

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| Puritan Finance Corp | $ 6,261.05 |
| | $ |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: PHILIP V. MARTINO | $ 15,000.00 | $ 0.00 |
| Attorney for trustee: DLA Piper | $ 12,114.00 | $ 385.05 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Popowcer Katten, Ltd. | $ 4,947.00 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: Office of the U.S. Trustee | $ 11,415.74 | $ 0.00 |
| Other: Illinois Dept of Employment Security | $ 0.00 | $ 3,132.78 |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: Grochocinski, Grochocinski and | | $ 32,272.50 | $ 2,400.47 |
| Other: Illinois Department of Revenue | | $ 0.00 | $ 98.35 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 49,363.43 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | Dept of Treasury | $ 38,433.83 | $ 38,433.83 |
| 000038 | TERRY PARKS | $ 10,442.50 | $ 10,442.50 |
| 000046 | KYLE B. KWOKA | $ 487.10 | $ 487.10 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,249,974.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Emil's Tires | $ 2,106.50 | $ 14.13 |
| 000003 | Seyfarth Shaw LLP | $ 1,498.50 | $ 10.05 |
| 000004 | Knight Trucking Inc. | $ 13,512.75 | $ 90.66 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | Black Dirt, Inc. | $ 2,120.00 | $ 14.22 |
| 000007 | Z-Tech Construction, Inc. | $ 28,436.15 | $ 190.77 |
| 000008 | Ol'Glory Transportation, Inc. | $ 7,650.00 | $ 51.33 |
| 000010 | Sprint Nextel -- Correspondence | $ 64.73 | $ 0.43 |
| 000011 | Stony Tire, Inc. | $ 17,047.22 | $ 114.37 |
| 000012 | K&A Trucking | $ 17,179.97 | $ 115.26 |
| 000013 | Bruce R. DeJoris | $ 41,433.33 | $ 277.97 |
| 000014 | Tressler Soderstom Maloney & Priess, LLP | $ 26,906.04 | $ 180.51 |
| 000015 | Pozzo Illinois, Inc. | $ 6,308.84 | $ 42.33 |
| 000016 | American Express Bank FSB | $ 8,829.89 | $ 59.24 |
| 000017 | Hanson Material Service Corp | $ 49,458.08 | $ 331.81 |
| 000018 | Fastenal Co | $ 576.45 | $ 3.87 |
| 000020 | Dawn Companies, Inc. | $ 0.00 | $ 0.00 |
| 000021 | Speedway SuperAmerica LLC | $ 35,877.10 | $ 240.69 |
| 000022 | Hughes Socol Piers Resnick & Dym, Ltd. | $ 16,170.46 | $ 108.49 |
| 000028 | L.731, IB of T, Excavators & Pavers Pension Fund | $ 296,468.65 | $ 1,988.97 |
| 000029 | Health & Welfare Fund of the Excavating, | $ 209,571.89 | $ 1,405.99 |
| 000030 | Russell Day | $ 60,000.00 | $ 402.53 |
| 000031 | Scott Acres | $ 20,516.00 | $ 137.64 |
| 000032 | Kevin Peterson | $ 10,000.00 | $ 67.09 |
| 000033 | Robert Stachler | $ 50,000.00 | $ 335.44 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000034 | Mark Van Drunnen | $ 69,812.00 | $ 468.36 |
| 000035 | Kevin R. Wolfe | $ 50,000.00 | $ 335.44 |
| 000036 | Wright Express Financial Services | $ 5,188.97 | $ 34.81 |
| 000039 | Airgas North Central | $ 1,969.36 | $ 13.21 |
| 000040 | RJ & R Trucking and Excavating Inc. | $ 18,483.66 | $ 124.01 |
| 000041 | Bruce R. DeJoris | $ 41,433.33 | $ 277.97 |
| 000043 | Acuity | $ 1,803.00 | $ 12.10 |
| 000044 | Midwest Suburban Publishing | $ 779.19 | $ 5.23 |
| 000045 | Perry Steitz | $ 6,600.00 | $ 44.28 |
| 000047 | Exxon Mobil | $ 5,188.97 | $ 34.81 |
| 000049 | Vulcan Construction Materials LP d/b/a | $ 121,980.06 | $ 818.35 |
| 000050 | Material Service Corp. | $ 49,458.08 | $ 331.81 |
| 000051 | Health & Welfare Fund of the Excavating, | $ 209,571.89 | $ 1,405.99 |
| 000052 | L.731, IB of T, Excavators & Pavers Pension Fund | $ 296,468.65 | $ 1,988.97 |
| 000053 | Kevin Peterson | $ 10,000.00 | $ 67.09 |
| 000054 | Robert Stachler | $ 50,000.00 | $ 335.44 |
| 000055 | Kevin R. Wolfe | $ 50,000.00 | $ 335.44 |
| 000056 | Mark Van Drunnen | $ 69,812.00 | $ 468.36 |
| 000057 | Russell Day | $ 60,000.00 | $ 402.53 |
| 000058 | Scott Acres | $ 20,516.00 | $ 137.64 |
| 000059 | Russ Day | $ 60,000.00 | $ 402.53 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1(A) | Puritan Financial Corporation | $ 129,176.95 | $ 866.64 |

Tardily filed claims of general (unsecured) creditors totaling $ 3,042.85 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000060 | Morton Salt | $ 3,042.85 | $ 0.00 |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

UST Form 101-7-TFR (9/1/2009) (Page: 17)