UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 08 B 01475 |
| **GRANITE CARTAGE CO.,** | ) | Judge Pamela Hollis |
| | ) | |
| Debtor. | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE
OF COMPENSATION OF FEES OF
POPOWCER KATTEN, LTD., ACCOUNTANTS**

Trustee, Philip V. Martino, through his attorneys, moves this Court pursuant to 11 U.S.C. § 330, for authority to pay $4,947.00 to Popowcer Katten, Ltd. ("**Popowcer**") for 23.3 hours of services rendered.

In support of this First and Final Application, Trustee states as follows:

**I. COMMENCEMENT OF PROCEEDING**

1. On January 23, 2008, Debtor filed a chapter 11 petition which initiated the above-captioned bankruptcy case.

2. On August 5, 2008, this Court entered an Order allowing for the conversion of this case from a chapter 11 to a chapter 7.

3. On August 6, 2008, the letter appointing Philip V. Martino as Trustee, effective August 5, 2008, was filed and placed on the docket.

4. On September 2, 2008, this Court entered an order allowing Trustee to retain Lois West and Popowcer Katten, Ltd. as his accountants.

5. The Trustee currently holds approximately $152,478.69 in his account for this estate.

6. All professional services for which compensation is requested herein were performed by Popowcer and on behalf of the Trustee and not for or on behalf of any creditor or any other

person. Popowcer prepared the Federal and Illinois tax returns for the years ended December 31, 2008 and final year July 31, 2009. An itemized breakdown of services rendered is attached as **Exhibit A**.

7. This is Popowcer's first and final fee application.

**WHEREFORE**, Philip V. Martino, as Trustee, requests the entry of an order:

A. Authorizing to Popowcer compensation in this bankruptcy proceeding in the amount of $4,947.00 for 23.3 hours of services rendered.

B. Authorizing and directing Trustee to remit payment to Popowcer in the amount requested above; and

D. For such other and further relief as this Court may deem equitable and just.

                Respectfully submitted,

                **PHILIP V. MARTINO, as Trustee**

                By: /s/ Philip V. Martino
                    Philip V. Martino, Trustee

Philip V. Martino (ARDC #6183648)
James R. Irving (ARDC No. 6296799)
**DLA PIPER LLP (US)**
203 North LaSalle Street
Suite 1800
Chicago, Illinois 60601
(312) 368-4000

Invoice No. 23492



**POPOWCER KATTEN, LTD.**

CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Granite Cartage Company (08 B 01475)
- c/o Philip Martino, Trustee
- DLA Piper US LP
- 203 N. LaSalle Street, Suite 1800
- Chicago, IL 60601-1293

Date: October 8, 2009                    Account No.: MAW15035L

For Professional Services Rendered:

For accounting and tax services rendered for the period February 6, 2009 through July 23, 2009 including preparation of federal and state corporate income tax returns for the years ended December 31, 2008 and final year ended July 31, 2009 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|         | Title                 | Hours | Rate   | Amount     |
|---------|-----------------------|-------|--------|------------|
| L. West | Bankruptcy Specialist | 20.8  | $215.  | $ 4,472.00 |
| M. Lott | Tax Specialist        | 2.5   | 190.   | 475.00     |
|         | Total:                | 23.3  |        | $ 4,947.00 |

**GRANITE CARTAGE COMPANY  (08 B 01475)**

**Time Sort By Date**

**ACCOUNTING & TAX SERVICES**

| Date | Description | Hours | Name |
|---|---|---|---|
| 2/6/2009 | Tax Services - Phone call to prior accountant to request prior tax returns filed by the debtor. | 0.3 | L. West |
| 3/13/2009 | Tax Return Preparation - Prepare extension request for filing 2008 corporate returns. | 0.2 | L. West |
| 7/17/2009 | Tax Return Preparation - Review information received from Rosanne DeJoris re: 2008 activity. | 1.5 | L. West |
| 7/20/2009 | Tax Return Preparation - Prepare workpapers and federal and state corporate returns for 12/31/08. Calculate gain on sale of various vehicles. | 7.7 | L. West |
| 7/21/2009 | Tax Return Preparation - Finalize returns for 2008. Prepare workpapers and federal and state corporate returns for final year ending 7/31/09. | 6.5 | L. West |
| 7/22/2009 | Tax Return Preparation - Finalize returns for 7/31/09 and make adjustments to returns for 12/31/08. | 4.2 | L. West |
| 7/22/2009 | Tax Review - Review workpapers and forms 1120S & IL-1120ST for 2008 and 7/31/09 (final year). | 2.5 | M. Lott |
| 7/23/2009 | Tax Review - Final review check assembly and sign federal and state corporate returns for 2008 and final year ended 7/31/09. | 0.4 | L. West |

Total hours   23.3