PAMELA S. HOLLIS
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GRANITE CARTAGE COMPANY | § | Case No. 08-01475 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET,  ROOM 713
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/21/2010 in Courtroom 644,
United States Courthouse
219 South Dearborn Street
Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>09/23/2010</u>          By: <u>Clerk of the Bankruptcy Court</u>
                                            Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re:                                          §
                                                §
GRANITE CARTAGE COMPANY                          §        Case No. 08-01475
                                                §
              Debtor(s)                          §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 335,565.24 |
| *and approved disbursements of* | $ | 183,080.07 |
| *leaving a balance on hand of*[1] | $ | 152,485.17 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Puritan Finance Corp | $ 6,261.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: PHILIP V. MARTINO | $ 15,000.00 | $ 0.00 |
| Attorney for trustee: DLA Piper | $ 12,114.00 | $ 385.05 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Popower Katten, Ltd. | $ 4,947.00 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Fees: Office of the U.S. Trustee* | $ 11,415.74 | $ 0.00 |
| *Other: Illinois Dept of Employment Security* | $ 0.00 | $ 3,132.78 |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other: Grochocinski, Grochocinski and* | $ 32,272.50 | $ 2,400.47 |
| *Other: Illinois Department of Revenue* | $ 0.00 | $ 98.35 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 49,363.43 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000006* | *Dept of Treasury* | $ 38,433.83 | $ 38,433.83 |
| *000038* | *TERRY PARKS* | $ 10,442.50 | $ 10,442.50 |
| *000046* | *KYLE B. KWOKA* | $ 487.10 | $ 487.10 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,249,974.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Emil's Tires | $ 2,106.50 | $ 14.13 |
| 000003 | Seyfarth Shaw LLP | $ 1,498.50 | $ 10.05 |
| 000004 | Knight Trucking Inc. | $ 13,512.75 | $ 90.66 |
| 000005 | Black Dirt, Inc. | $ 2,120.00 | $ 14.22 |
| 000007 | Z-Tech Construction, Inc. | $ 28,436.15 | $ 190.77 |
| 000008 | Ol'Glory Transportation, Inc. | $ 7,650.00 | $ 51.33 |
| 000010 | Sprint Nextel -- Correspondence | $ 64.73 | $ 0.43 |
| 000011 | Stony Tire, Inc. | $ 17,047.22 | $ 114.37 |
| 000012 | K&A Trucking | $ 17,179.97 | $ 115.26 |
| 000013 | Bruce R. DeJoris | $ 41,433.33 | $ 277.97 |
| 000014 | Tressler Soderstom Maloney & Priess, LLP | $ 26,906.04 | $ 180.51 |
| 000015 | Pozzo Illinois, Inc. | $ 6,308.84 | $ 42.33 |
| 000016 | American Express Bank FSB | $ 8,829.89 | $ 59.24 |
| 000017 | Hanson Material Service Corp | $ 49,458.08 | $ 331.81 |
| 000018 | Fastenal Co | $ 576.45 | $ 3.87 |
| 000020 | Dawn Companies, Inc. | $ 0.00 | $ 0.00 |
| 000021 | Speedway SuperAmerica LLC | $ 35,877.10 | $ 240.69 |
| 000022 | Hughes Socol Piers Resnick & Dym, Ltd. | $ 16,170.46 | $ 108.49 |
| 000028 | L.731, IB of T, Excavators & Pavers Pension Fund | $ 296,468.65 | $ 1,988.97 |
| 000029 | Health & Welfare Fund of the Excavating, | $ 209,571.89 | $ 1,405.99 |
| 000030 | Russell Day | $ 60,000.00 | $ 402.53 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000031 | Scott Acres | $ 20,516.00 | $ 137.64 |
| 000032 | Kevin Peterson | $ 10,000.00 | $ 67.09 |
| 000033 | Robert Stachler | $ 50,000.00 | $ 335.44 |
| 000034 | Mark Van Drunnen | $ 69,812.00 | $ 468.36 |
| 000035 | Kevin R. Wolfe | $ 50,000.00 | $ 335.44 |
| 000036 | Wright Express Financial Services | $ 5,188.97 | $ 34.81 |
| 000039 | Airgas North Central | $ 1,969.36 | $ 13.21 |
| 000040 | RJ & R Trucking and Excavating Inc. | $ 18,483.66 | $ 124.01 |
| 000041 | Bruce R. DeJoris | $ 41,433.33 | $ 277.97 |
| 000043 | Acuity | $ 1,803.00 | $ 12.10 |
| 000044 | Midwest Suburban Publishing | $ 779.19 | $ 5.23 |
| 000045 | Perry Steitz | $ 6,600.00 | $ 44.28 |
| 000047 | Exxon Mobil | $ 5,188.97 | $ 34.81 |
| 000049 | Vulcan Construction Materials LP d/b/a | $ 121,980.06 | $ 818.35 |
| 000050 | Material Service Corp. | $ 49,458.08 | $ 331.81 |
| 000051 | Health & Welfare Fund of the Excavating, | $ 209,571.89 | $ 1,405.99 |
| 000052 | L.731, IB of T, Excavators & Pavers Pension Fund | $ 296,468.65 | $ 1,988.97 |
| 000053 | Kevin Peterson | $ 10,000.00 | $ 67.09 |
| 000054 | Robert Stachler | $ 50,000.00 | $ 335.44 |
| 000055 | Kevin R. Wolfe | $ 50,000.00 | $ 335.44 |
| 000056 | Mark Van Drunnen | $ 69,812.00 | $ 468.36 |
| 000057 | Russell Day | $ 60,000.00 | $ 402.53 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000058 | Scott Acres | $ 20,516.00 | $ 137.64 |
| 000059 | Russ Day | $ 60,000.00 | $ 402.53 |
| 1(A) | Puritan Financial Corporation | $ 129,176.95 | $ 866.64 |

Tardily filed claims of general (unsecured) creditors totaling $ 3,042.85  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000060 | Morton Salt | $ 3,042.85 | $ 0.00 |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Philip V. Martino
Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1             User: vbrown              Page 1 of 3              Date Rcvd: Sep 24, 2010
Case: 08-01475              Form ID: pdf006              Total Noticed: 99

The following entities were noticed by first class mail on Sep 26, 2010.
```
db           +Granite Cartage Company,   3240 Loverock Avenue,   P.O. Box 288,   Steger, IL 60475-0288
aty          +David E Grochocinski,  Grochocinski & Grochocinski,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David J Pivnick,  DLA Piper US LLP,   203 N LaSalle St Ste 1800,   Chicago, IL 60601-1264
aty          +Deborah M Gutfeld,  Neal, Gerber & Eisenberg LLP,   2 N LaSalle Street,   Suite 2200,
               Chicago, IL 60602-3963
aty          +James R Irving,  DLA Piper LLP US,   203 North LaSalle Street,   Chicago, IL 60601-1267
tr            Philip V Martino, ESQ,  Quarles & Brady,   300 N. LaSalle,  Suite 4000,   Chicago, IL  60654
11894525     +3240 Loverock Avenue,   Steger, IL 60475-1228
12890559     +Acuity,  Kohner,Mann & Kailas,S.C.,   Barnabas Business Center,   4650 N. Port Washington Road,
               Milwaukee, WI 53212-1077
11894526     +Airgas North Central,   3300 Butler Avenue,   Chicago Heights, IL 60411-5507
11940023     +American Express Bank FSB,   P O Box 3001,   Malvern, PA 19355-0701
12154893      American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11894527     +American Express TRS,   Remittance Process, 9th Floor,   300 S. Riverside,
               Chicago, IL 60606-6613
11894528     +Bechstein Construction Co.,   17368 - 68th Court,   Tinley Park, IL 60477-3469
11894529     +Black Dirt, Inc.,   P.O. Box 492,   Mokena, IL 60448-0492
11894530     +Brianna Trucking,   1725 N. New England Avenue,   Chicago, IL 60707-4404
11894531     +Bruce DeJoris,   930 Bemes Road,   Crete, IL 60417-4510
12063814     +Bruce R. DeJoris,   879 Joliet Street #197,   Dyer, Indiana 46311-1920
11894540     +Caterpillar Financial Services,   P.O. Box 730669,   Dallas, TX 75373-0669
11894541     +Chicago Trailer Pool Corp,   P.O. Box 691,   Palatine, IL 60078-0691
11894542     +Cintas Corp.,   P.O. Box 88,   Hammond, IN 46325-0088
11894543     +Competitive Landscaping,   8934 S. parkside,   Oak Lawn, IL 60453-1242
12305116     +Dawn Companies, Inc.,  c/o Matthew M. Hevrin,  HINSHAW & CULBERTSON LLP,   100 Park Avenue,
               Rockford, IL 61101-1099
11894546     +Duneland Sand Enterprises LLC,   10797 Randolph Street,   Crown Point, IN 46307-7615
11894547     +Duneland Sand Inc.,   563 West 300 North,   Valparaiso, IN 46385-9212
11894548     +Emil's Tires,   5601 Sauk Trail,   Matteson, IL 60443-2869
11894549     +Exxon Mobil,  Wright Express,   Financial Services,   P O BOX 639,   Portland, ME 04104-0639
11894551     +Fedex,  P.O. Box 94515,   Palatine, IL 60094-4515
11894553     +GMAC,  P.O. Box 9001951,   Louisville, KY 40290-1951
11953278     +GMAC,   PO Box 130424,   Roseville, MN 55113-0004
11894554     +HCI Transportation Technologies,   7801 W. 47th Street,   La Grange, IL 60525-3204
12229454      Hanson Material Service Corp,   8505 Freeport Parkway st. 500,   Irving, Texas 75063
12361376     +Health & Welfare Fund of the Excavating,  Grading & Asphalt Craft, L. 731,
               c/o Dowd, Bloch & Bennett,   8 S. Michigan Avenue, 19th Floor,   Chicago, IL 60603-3357
11894555     +Heritage Crystal Clean LLC,   13621 Collections Center Drive,   Chicago, IL 60693-0001
11894556     +Hot Rock Trucking,   10342 S. 74th Avenue,   Palos Hills, IL 60465-2010
12339922     +Hughes Socol Piers Resnick & Dym, Ltd.,   70 West Madison Street, Suite 4000,
               Chicago, Illinois 60602-4698
12290981     ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
               (address filed with court:  Illinois Department of Revenue,  Attn Bankruptcy Administrative Unit,
               100 West Randolph Street Level 7-410,   Chicago IL 60601)
11894544     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court:  Dept of Treasury,   Internal Revenue Service,   PO Box 21126,
               Philadelphia, PA 19114)
11894545     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court:  Dept. of the Treasury,   Internal Revenue Service,
               Washington, DC 20224)
15230440     +Illinois Department of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
11894558     +Ingalls Occupational Medicine,   75 Remittance Drive,  Suite 1550,   Chicago, IL 60675-1550
11894559     +Int'l Brotherhood of Teamsters,   Union 731 c/o Dowd, Bloch et al,
               8 S. Michigan Avenue, 19th Floor,   Chicago, IL 60603-3357
11894560     +K&A Trucking,   P.O. Box 437,   Steger, IL 60475-0437
12063848     +Kevin Peterson,  C/O Robert Cervoue, Dowd et al,   8 S. Michigan Avenue, Suite 1900,
               Chicago, IL 60603-3315
12367341      Kevin Peterson,   1439 Cicero Avenue,   Crestwood, IL 60445
12367623     +Kevin R. Wolfe,   1930 Maiden Lane,   Whiting, IN 46394-1836
12063849     +Kevin Wolf,  C/O Robert Cervoue,   8 S. Michigan Avenue, Suite 1900,   Chicago, IL 60603-3315
11894561     +Knight Trucking,  P.O. Box 279,   New Lenox, IL 60451-0279
11935164     +Knight Trucking Inc.,  C/O Steven Plato Troy its attorney,   5 East Van Buren,  Suite 306,
               Joliet,Illinois 60432-4225
11894562     +Knight Trucking, Inc.,   c/o Troy & Associates, Inc.,   5 E. Van Buren Street, Suite 306,
               Joliet, IL 60432-4225
12941445     +Kyle B. Kwoka,   2254 E. 176th Place,   Lansing, IL 60438-1606
12361367     +L.731, IB of T, Excavators & Pavers Pension Fund,  c/o Dowd, Bloch & Bennett,
               attn: Michele M. Reynolds,   8 S. Michigan Avenue, 19th Floor,   Chicago, IL 60603-3357
11894564     +LeFarge North America,   7N394 S. McLean,  South Elgin, IL 60177-9765
11894565     +Lincoln Paving co.,   1340 171st Street,   Hazel Crest, IL 60429-1907
12122196     +Local 731 I.B.of T Excavators, etc.,  C/O Dowd, Bloch & Bennett,
               8 S. Michicagan Ave., 19th Floor,   Chicago, IL 60603-3357
12063850     +Mark Van Drunen,  C/O Robert Cervoue, Dowd et al,   8 S. Michigan Avenue, Suite 1900,
               Chicago, IL 60603-3315
12367542     +Mark Van Drunnen,   8526 Towle Street,   Dyer, IN 46311-2858
11894566     +Material Service Corp.,   7660 Imperial Way,   Allentown, PA 18195-1016
11894567     +Maze Trucking, Inc.,   3004 Magnolia Place,   Chicago Heights, IL 60411-5353
11894568     +Midwest Suburban Publishing,   6901 W. 159th Street,   Tinley Park, IL 60477-1685
11894569     +Monarch Auto Supply,   1112 Halsted Street,   Chicago Heights, IL 60411-2790
```

```
District/off: 0752-1          User: vbrown          Page 2 of 3          Date Rcvd: Sep 24, 2010
Case: 08-01475               Form ID: pdf006        Total Noticed: 99

11894570    +Morton Salt,   123 N. Wacker Dr,   Chicago, IL 60606-1743
11894571    +Nextel Communications,   P.O. Box 4191,   Carol Stream, IL 60197-4191
11894572    +Nikolich Milomir,   12665 State Line Road,   Cedar Lake, IN 46303-8408
11894574    ++PACCAR FINANCIAL CORP,   P O BOX 1518,   BELLEVUE WA 98009-1518
             (address filed with court: Paccar Financial,   1901 North Roselle Road,   Suite 900,
             Schaumburg, IL 60195)
12733710    +Parks, Terry,   8646 N. 2250 W. Rd,   Manteno, IL 60950-3508
11894575    +Patten Industries, Inc.,   635 West Lake Street,   Elmhurst, IL 60126-1465
11894576    +Perry Steitz,   3040 N. Knox,   Chicago, IL 60641-5203
11894577    +Pozzo Illinois, Inc.,   c/o Ronald Primack, LLC,   18401 Maple Creek Drive, Suite 100,
             Tinley Park, IL 60477-2902
11894578    +Precision Truck Equipment,   1945 177th Street,   Lansing, IL 60438-1566
11894579    +Puritan Finance Corp,   c/o Fred R. Harbecke,   29 S. Lasalle Ste 945,   Chicago, IL 60603-1526
11894580    +RJ & R Trucking & Excavating Inc.,   210 Industry Drive,   Frankfort, IL 60423-1812
12759105    +RJ & R Trucking and Excavating Inc.,   c/o Robert Habib,   77 W. Washington Street,   Suite 411,
             Chicago, IL 60602-3125
12367350    +Robert Stachler,   2547 W. 118th Street,   Chicago, IL 60655-1536
12063851    +Robert Stackler,   C/O Robert Cervoue,   8 S. Michigan Avenue, Suite 1900,
             Chicago, IL 60603-3315
12063852    +Russ Day,   12715 Cline Ave.,   Cedar Lake, IN 46303-8875
12367218    +Russell Day,   12715 Cline Avenue,   Cedar Lake, IN 46303-8875
12367318    +Scott Acres,   7380 Green Wood Court,   Demotte, IN 46310-9383
11894590    +Scott Acres, Russ Day et al,   c/o Robert Cervoue, Dowed Bloch et,
             8 S. Michigan Ave, Suite 1900,   Chicago, IL 60603-3315
11894591    +Seyfarth Shaw LLP,   131 S. Dearborn,   Suite 2400,   Chicago, IL 60603-5863
11894592    +She Rocks Trucking Co.,   P.O. Box 325,   Lockport, IL 60441-0325
11894593    +Southlake Security Systems, Inc.,   217 E. Main Street,   Griffith, IN 46319-2245
11894594    +Speedway II,   P.O. Box 740587,   Cincinnati, OH 45274-0587
11894595    +Speedway Super America LLC,   P.O. Box 740587,   Cincinnati, OH 45274-0587
12322524    +Speedway SuperAmerica LLC,   Douglas R Melin,   539 South Main St,   Findlay, OH 45840-3229
11958375     Sprint Nextel -- Correspondence,   Attn: Bankruptcy Dept,   PO Box 7949,
             Overland Park, KS 66207-0949
11894596    +Star/A&J Disposal Service, Inc.,   20 S. Street,   Park Forest, IL 60466-1296
11894597    +Stony Tire, Inc.,   19870 Stony Island Avenue,   Lynwood, IL 60411-8671
12063853    +Teamsters Local Union 731,   C/O Robert Ceroue, Dowd, Bloch et,   8 S. Michigan, 19th Floor,
             Chicago, IL 60603-3357
11894598    +The Bank of Commerce,   171 E. Irving Park Road,   Wood Dale, IL 60191-2023
11894600     The Bank of Commerce,   171 E. Irving Road,   Wood Dale, IL 60191
11894603    +Transport Finishes,   1217 171st Street,   Hazel Crest, IL 60429-1979
11894604     Tressler Soderstorm Maloney & Priess, LLP,   C/O Elizabeth Z. Mathieson,
             233 South Wacker Drive, 22nd Floor,   Chicago, IL 60606-6399
13018260    +Vulcan Construction Materials LP d/b/a,   Vulcan Materials Company,
             c/o Patrick Mazza & Associates,   290 South Main Place, #101,   Carol Stream IL 60188-2476
11894605    +Vulcan Materials,   14999 Collections Drive,   Chicago, IL 60693-0001
11894606    +William Woldman et al.,   c/o Down Block et al,   8 S. Michigan Avenue, #1900,
             Chicago, IL 60603-3315
12371254    +Wright Express Financial Services,   Exxon/Mobile,   P O BOX 639,   Portland, ME 04104-0639
12063879    +Z-Tech Construction, Inc,   317 East Margaret Street,   Thornton, IL 60476-1353
11894608    +Z-Tech Construction, Inc.,   P O Box 66,   Thornton, IL 60476-0066

The following entities were noticed by electronic transmission on Sep 24, 2010.
11894550    +E-mail/Text: legal@fastenal.com                      Fastenal Co,   P.O. box 978,
             Winona, MN 55987-0978
                                                                                      TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11894532     Bruce DeJoris
11894533     Bruce DeJoris
11894534     Bruce DeJoris
11894535     Bruce DeJoris
11894536     Bruce DeJoris
11894537     Bruce DeJoris
11894538     Bruce DeJoris
11894539     Bruce DeJoris
11894557     Hughes Socol Piers Resnick et al
12536479     Office of the U.S. Trustee
11894581     Roseann DeJoris
11894583     Roseanne DeJoris
11894584     Roseanne DeJoris
11894585     Roseanne DeJoris
11894586     Roseanne DeJoris
11894587     Roseanne DeJoris
11894588     Roseanne DeJoris
11894589     Roseanne DeJoris
11894582     Roseanne Dejoris
11894607     Z Force Trucking & Excavating
11894609     Zenere Trucking
aty*         Philip V Martino, ESQ,   Quarles & Brady,   300 N. LaSalle,   Suite 4000,   Chicago, IL  60654
11894599*   +The Bank of Commerce,   171 E. Irving Park Road,   Wood Dale, IL 60191-2023
11894601*   +The Bank of Commerce,   171 E. Irving Park Road,   Wood Dale, IL 60191-2023
11894602*   +The Bank of Commerce,   171 E. Irving Park Road,   Wood Dale, IL 60191-2023
```

```
District/off: 0752-1          User: vbrown          Page 3 of 3          Date Rcvd: Sep 24, 2010
Case: 08-01475               Form ID: pdf006        Total Noticed: 99

11894552    ##+Gina Logistic Corp,   9220 Sally Lane #2W,    Schiller Park, IL 60176-2332
11894563    ##+Land Reclamation Services, Inc.,    1127 S. Chicago Street,    Joliet, IL 60436-2904
11894573    ##+Ol' Glory Transportation, Inc.,    P.O. Box 730,    Peotone, IL 60468-0730
                                                                    TOTALS: 21, * 4, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 26, 2010**                    **Signature:**    _Joseph Speetjens_