PAMELA S. HOLLIS
## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GRANITE CARTAGE COMPANY | § | Case No. 08-01475 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            , and it was converted to chapter 7 on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/PHILIP V. MARTINO _____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Caterpillar Financials Services |  |  |  |  |  |
|  | GMAC |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Paccar Financial | | | | | |
| | Puritan Finance Corp. | | | | | |
| | The Bank of Commerce | | | | | |
| | The Bank of Commerce | | | | | |
| | The Bank of Commerce | | | | | |
| | The Bank of Commerce | | | | | |
| | The Bank of Commerce | | | | | |
| | PACCAR FINANCIAL | | | | | |
| | PAYMENT TO BANK OF COMMERCE | | | | | |
| 000001 | PURITAN FINANCE CORP | | | | | |
| 000042 | DEPT OF TREASURY | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK OF THE COURT | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| DLA PIPER | | | | | |
| DLA PIPER | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| CHICAGO LIQUIDATORS | | | | | |
| CHICAGO LIQUIDATORS SERVICES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GROCHOCINSKI, GROCHOCINSKI AND | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GROCHOCINSKI, GROCHOCINSKI AND | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dept of Treasury | | | | | |
| 000046 | KYLE B. KWOKA | | | | | |
| 000038 | TERRY PARKS | | | | | |
| 000006 | DEPT OF TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bechstein Construction Co. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brianna Trucking | | | | | |
| | Chicago Trailer Pool Corp. | | | | | |
| | Competitive Landscaping | | | | | |
| | Gina Logistic Corp. | | | | | |
| | HCI Transportation Technologies | | | | | |
| | Heritage Crystal Clean LLC | | | | | |
| | Hot Rock Trucking | | | | | |
| | Ingalls Occupational Medicine | | | | | |
| | Int'l Brotherhood of Teamsters | | | | | |
| | Knight Trucking | | | | | |
| | Land Reclamation Services, Inc. | | | | | |
| | LeFarge North America | | | | | |
| | Maze Trucking Inc. | | | | | |
| | Nikolich Milomir | | | | | |
| | Patten Industries, Inc. | | | | | |
| | Precision Truck Equipment | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | She Rocks Trucking Co. | | | | | |
| | Southlake Security Systems, Inc. | | | | | |
| | Speedway II | | | | | |
| | Star/A&J Disposal Service Inc. | | | | | |
| | Teamsters Local Union 731 | | | | | |
| | Transport Finishes | | | | | |
| | William Woldman, et al. | | | | | |
| | Z Force Trucking & Excavating | | | | | |
| | Zenere Trucking | | | | | |
| 000043 | ACUITY | | | | | |
| 000039 | AIRGAS NORTH CENTRAL | | | | | |
| 000016 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000005 | BLACK DIRT, INC. | | | | | |
| 000013 | BRUCE R. DEJORIS | | | | | |
| 000041 | BRUCE R. DEJORIS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000020 | DAWN COMPANIES, INC. | | | | | |
| 000002 | EMIL"S TIRES | | | | | |
| 000047 | EXXON MOBIL | | | | | |
| 000017 | HANSON MATERIAL SERVICE CORP | | | | | |
| 000029 | HEALTH & WELFARE FUND OF THE EXCAVA | | | | | |
| 000051 | HEALTH & WELFARE FUND OF THE EXCAVA | | | | | |
| 000022 | HUGHES SOCOL PIERS RESNICK & DYM, L | | | | | |
| 000012 | K&A TRUCKING | | | | | |
| 000032 | KEVIN PETERSON | | | | | |
| 000053 | KEVIN PETERSON | | | | | |
| 000035 | KEVIN R. WOLFE | | | | | |
| 000055 | KEVIN R. WOLFE | | | | | |
| 000004 | KNIGHT TRUCKING INC. | | | | | |
| 000028 | L.731, IB OF T, EXCAVATORS & PAVERS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000052 | L.731, IB OF T, EXCAVATORS & PAVERS | | | | | |
| 000034 | MARK VAN DRUNNEN | | | | | |
| 000056 | MARK VAN DRUNNEN | | | | | |
| 000050 | MATERIAL SERVICE CORP. | | | | | |
| 000044 | MIDWEST SUBURBAN PUBLISHING | | | | | |
| 000008 | OL'GLORY TRANSPORTATION, INC. | | | | | |
| 000045 | PERRY STEITZ | | | | | |
| 000015 | POZZO ILLINOIS, INC. | | | | | |
| 1(A) | PURITAN FINANCIAL CORPORATION | | | | | |
| 000040 | RJ & R TRUCKING AND EXCAVATING INC. | | | | | |
| 000033 | ROBERT STACHLER | | | | | |
| 000054 | ROBERT STACHLER | | | | | |
| 000059 | RUSS DAY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000030 | RUSSELL DAY | | | | | |
| 000057 | RUSSELL DAY | | | | | |
| 000031 | SCOTT ACRES | | | | | |
| 000058 | SCOTT ACRES | | | | | |
| 000003 | SEYFARTH SHAW LLP | | | | | |
| 000021 | SPEEDWAY SUPERAMERICA LLC | | | | | |
| 000011 | STONY TIRE, INC. | | | | | |
| 000014 | TRESSLER SODERSTOM MALONEY & PRIESS | | | | | |
| 000049 | VULCAN CONSTRUCTION MATERIALS LP D/ | | | | | |
| 000036 | WRIGHT EXPRESS FINANCIAL SERVICES | | | | | |
| 000007 | Z-TECH CONSTRUCTION, INC. | | | | | |
| 000018 | FASTENAL CO | | | | | |
| 000010 | SPRINT NEXTEL -- CORRESPONDENCE | | | | | |
| 000060 | MORTON SALT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

**Exhibit 8**

| | |
|---|---|
| Case No: 08-01475   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: PHILIP V. MARTINO |
| Case Name: GRANITE CARTAGE COMPANY | Date Filed (f) or Converted (c): 08/05/08 (c) |
| | 341(a) Meeting Date: 09/24/08 |
| For Period Ending: 04/01/11 | Claims Bar Date: 01/16/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CD #547428 (for Motor Vehicle Taxes) | 2,100.00 | 0.00 | | 0.00 | FA |
| 2. Bank of Commerce Checking Account | 4,000.00 | 0.00 | | 0.00 | FA |
|   Average balance, | | | | | |
| 3. ACCOUNTS RECEIVABLE | 366,565.51 | 0.00 | | 0.00 | FA |
|   Secured Lien on A/R | | | | | |
| 4. Counterclaim against Bruce DeJoris | 15,000.00 | 0.00 | | 0.00 | FA |
|   Estimated Value | | | | | |
| 5. Set Off Rights | 0.00 | 0.00 | OA | 0.00 | FA |
| 6. Operating Authority Federal and State | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2005 GMC Envoy XLS LT 4 door | 15,200.00 | 17,700.00 | | 17,700.00 | FA |
| 8. 2002 Kenworth T800B | 40,000.00 | 40,151.00 | | 40,151.00 | FA |
| 9. Additional Equipment | 400,000.00 | 268,388.00 | | 268,388.00 | FA |
| 10. OFFICE EQUIPMENT | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 11. Miscellaneous Truck Parts and Tires | 1,000.00 | 9,121.00 | | 9,121.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 215.69 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $845,365.51 | $335,360.00 | | $335,575.69 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/09      Current Projected Date of Final Report (TFR): 08/01/10

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-01475 -PSH |
| Case Name: | GRANITE CARTAGE COMPANY |
| Taxpayer ID No: | *******6799 |
| For Period Ending: | 04/01/11 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6148  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/02/08 | 000301 | Paccar Financial | Settlement on Kenworth | 4210-000 | | 5,000.00 | -5,000.00 |
| 12/03/08 | | Chicago Liquidators Services, Inc. | | | 105,032.00 | | 100,032.00 |
| | 9 | CHICAGO LIQUIDATORS SERVICES | Memo Amount:        261,433.00 | 1129-000 | | | |
| | | | Sale of Vehicles | | | | |
| | | | Memo Amount:     (   126,040.00 ) | 4210-000 | | | |
| | | | PAYMENT TO BANK OF COMMERCE | | | | |
| | | CHICAGO LIQUIDATORS | Memo Amount:     (     30,361.00 ) | 3610-000 | | | |
| | | | CHICAGO LIQUIDATORS COMMISSION | | | | |
| 12/09/08 | 000302 | DLA Piper LLP (US) | | | | 5,286.43 | 94,745.57 |
| | | | Fees          5,151.00 | 3110-000 | | | |
| | | | Expenses        135.43 | 3120-000 | | | |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 4.46 | | 94,750.03 |
| 01/29/09 | * NOTE * | Chicago Liquidators, Inc. | * NOTE *  Properties 7, 8, 9, 11 | | 59,306.00 | | 154,056.03 |
| | | CHICAGO LIQUIDATORS | Memo Amount:        73,927.00 | 1129-000 | | | |
| | | | Gross Sales of Vehicles/Misc. | | | | |
| | | CHICAGO LIQUIDATORS SERVICES, INC. | Memo Amount:     (     14,621.00 ) | 3610-000 | | | |
| | | | Commission and out of pocket | | | | |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.61 | | 154,057.64 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 2.33 | | 154,059.97 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 9.04 | | 154,069.01 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 12.66 | | 154,081.67 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 13.08 | | 154,094.75 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 12.67 | | 154,107.42 |
| 07/28/09 | 000303 | Illinois Department of Revenue | 2008 Tax Return | 2820-000 | | 1,598.00 | 152,509.42 |
| | | P. O. Box 19017 | | | | | |
| | | Springfield, IL  62794-9017 | | | | | |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 13.09 | | 152,522.51 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 12.98 | | 152,535.49 |

|  | | Page Subtotals | 164,419.92 | 11,884.43 | |
|---|---|---|---|---|---|

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-01475  -PSH | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | GRANITE CARTAGE COMPANY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6148  BofA - Money Market Account |
| Taxpayer ID No: | *******6799 | | | |
| For Period Ending: | 04/01/11 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 12.54 | | 152,548.03 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 12.95 | | 152,560.98 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 12.55 | | 152,573.53 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 12.96 | | 152,586.49 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 12.95 | | 152,599.44 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 11.71 | | 152,611.15 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 12.97 | | 152,624.12 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.99 | | 152,633.11 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.47 | | 152,639.58 |
| 06/07/10 | 000304 | International Sureties, Ltd. | Blanket Bond #016026455 | 2300-000 | | 173.64 | 152,465.94 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.28 | | 152,472.22 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.47 | | 152,478.69 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.48 | | 152,485.17 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.27 | | 152,491.44 |
| 10/21/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 4.18 | | 152,495.62 |
| 10/21/10 | | Transfer to Acct #*******0593 | Final Posting Transfer | 9999-000 | | 152,495.62 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 335,360.00 | | COLUMN TOTALS | 164,553.69 | 164,553.69 | 0.00 |
| Memo Allocation Disbursements: | 171,022.00 | | Less: Bank Transfers/CD's | 0.00 | 152,495.62 | |
| | | | Subtotal | 164,553.69 | 12,058.07 | |
| Memo Allocation Net: | 164,338.00 | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 164,553.69 | 12,058.07 | |

Page Subtotals              133.77          152,669.26

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

Ver: 16.01c

Page:   3

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-01475 -PSH |
| Case Name: | GRANITE CARTAGE COMPANY |
| | |
| Taxpayer ID No: | *******6799 |
| For Period Ending: | 04/01/11 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0593  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/21/10 | | Transfer from Acct #*******6148 | Transfer In From MMA Account | 9999-000 | 152,495.62 | | 152,495.62 |
| 10/21/10 | 003001 | PHILIP V. MARTINO | Chapter 7 Compensation/Fees | 2100-000 | | 15,000.00 | 137,495.62 |
| | | QUARLES & BRADY LLP | | | | | |
| | | SUITE 4000 | | | | | |
| | | 300 NORTH LASALLE STREET | | | | | |
| | | CHICAGO, IL  60654 | | | | | |
| 10/21/10 | 003002 | DLA Piper | Attorney for Trustee Fees (Trustee | | | 12,421.05 | 125,074.57 |
| | | | Fees        12,023.04 | 3110-000 | | | |
| | | | Expenses        398.01 | 3120-000 | | | |
| 10/21/10 | 003003 | Popowcer Katten, Ltd. | Final Distribution | 3410-000 | | 4,947.00 | 120,127.57 |
| | | | Final Distribution | | | | |
| 10/21/10 | 003004 | Office of the U.S. Trustee | Claim 000037, Payment 100.00000% | 2950-000 | | 11,415.74 | 108,711.83 |
| 10/21/10 | 003005 | Grochocinski, Grochocinski and | Chapter 11 Fees and Costs | | | 34,672.97 | 74,038.86 |
| | | Lloyd, Ltd. | | | | | |
| | | | Fees        32,272.50 | 6210-160 | | | |
| | | | Expenses        2,400.47 | 6220-170 | | | |
| 10/21/10 | 003006 | Illinois Department of Revenue | Claim 000019, Payment 100.00000% | 6820-000 | | 98.35 | 73,940.51 |
| | | Attn Bankruptcy Administrative Unit | | | | | |
| | | 100 West Randolph Street Level 7-410 | | | | | |
| | | Chicago IL 60601 | | | | | |
| 10/21/10 | 003007 | Illinois Dept of Employment Security | Claim 00061, Payment 100.00000% | 2820-000 | | 3,132.78 | 70,807.73 |
| | | 33 South State Street | | | | | |
| | | Chicago, IL  60603 | | | | | |
| 10/21/10 | 003008 | Puritan Finance Corp | Claim 000001, Payment 100.00000% | 4210-000 | | 6,261.05 | 64,546.68 |
| | | c/o Fred R. Harbecke | | | | | |
| | | 29 S. Lasalle Ste 945 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 10/21/10 | 003009 | Dept of Treasury | Claim 000006, Payment 100.00000% | 5800-000 | | 38,433.83 | 26,112.85 |

Page Subtotals          152,495.62          126,382.77

Ver: 16.01c

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        08-01475  -PSH                           Trustee Name:          PHILIP V. MARTINO
Case Name:   GRANITE CARTAGE COMPANY       Bank Name:            BANK OF AMERICA, N.A.
                                                                          Account Number / CD #:   *******0593  BofA - Checking Account

Taxpayer ID No:  *******6799
For Period Ending:  04/01/11                                  Blanket Bond (per case limit):  $  5,000,000.00
                                                                          Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Internal Revenue Service | | | | | |
| | | PO Box 21126 | | | | | |
| | | Philadelphia, PA 19114 | | | | | |
| 10/21/10 | 003010 | TERRY PARKS | Claim 000038, Payment 100.00000% | 5300-000 | | 10,442.50 | 15,670.35 |
| | | 8646 N. 2250 W. Rd. | | | | | |
| | | Manteno, IL  60950 | | | | | |
| 10/21/10 | 003011 | KYLE B. KWOKA | Claim 000046, Payment 100.00000% | 5300-000 | | 487.10 | 15,183.25 |
| | | 2254 E. 176th Place | | | | | |
| | | Lansing, IL  60438 | | | | | |
| 10/21/10 | 003012 | Emil's Tires | Claim 000002, Payment 0.67505% | 7100-000 | | 14.22 | 15,169.03 |
| | | 5601 Sauk Trail | | | | | |
| | | Matteson, IL 60443 | | | | | |
| 10/21/10 | 003013 | Seyfarth Shaw LLP | Claim 000003, Payment 0.67467% | 7100-000 | | 10.11 | 15,158.92 |
| | | 131 S. Dearborn | | | | | |
| | | Suite 2400 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 10/21/10 | 003014 | Knight Trucking Inc. | Claim 000004, Payment 0.67484% | 7100-000 | | 91.19 | 15,067.73 |
| | | C/O Steven Plato Troy its attorney | | | | | |
| | | 5 East Van Buren | | | | | |
| | | Suite 306 | | | | | |
| | | Joliet,Illinois 60432 | | | | | |
| 10/21/10 | 003015 | Black Dirt, Inc. | Claim 000005, Payment 0.67453% | 7100-000 | | 14.30 | 15,053.43 |
| | | P.O. Box 492 | | | | | |
| | | Mokena, IL 60448 | | | | | |
| 10/21/10 | 003016 | Z-Tech Construction, Inc. | Claim 000007, Payment 0.67481% | 7100-000 | | 191.89 | 14,861.54 |
| | | P O Box 66 | | | | | |
| | | Thornton, IL 60476 | | | | | |
| * 10/21/10 | 003017 | Ol'Glory Transportation, Inc. | Claim 000008, Payment 0.67477% | 7100-003 | | 51.62 | 14,809.92 |
| | | P.O. Box 730 | | | | | |
| | | Peotone, IL 60468 | | | | | |

                                                    Page Subtotals        0.00        11,302.93

                                                                                     Ver: 16.01c

FORM 2　Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-01475 -PSH | |
| Case Name: | GRANITE CARTAGE COMPANY | |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0593  BofA - Checking Account |

Taxpayer ID No: *******6799
For Period Ending: 04/01/11

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/21/10 | 003018 | Stony Tire, Inc.<br>19870 Stony Island Avenue<br>Lynwood, IL 60411 | Claim 000011, Payment 0.67483% | 7100-000 | | 115.04 | 14,694.88 |
| 10/21/10 | 003019 | K&A Trucking<br>P.O. Box 437<br>Steger, IL 60475 | Claim 000012, Payment 0.67480% | 7100-000 | | 115.93 | 14,578.95 |
| 10/21/10 | 003020 | Bruce R. DeJoris<br>879 Joliet Street #197<br>Dyer, Indiana 46311 | Claim 000013, Payment 0.67482% | 7100-000 | | 279.60 | 14,299.35 |
| 10/21/10 | 003021 | Tressler Soderstom Maloney & Priess, LLP<br>C/O Elizabeth Z. Mathieson<br>233 South Wacker Drive, 22nd Floor<br>Chicago, IL 60606-6399 | Claim 000014, Payment 0.67483% | 7100-000 | | 181.57 | 14,117.78 |
| 10/21/10 | 003022 | Pozzo Illinois, Inc.<br>c/o Ronald Primack, LLC<br>18401 Maple Creek Drive, Suite 100<br>Tinley Park, IL 60477 | Claim 000015, Payment 0.67477% | 7100-000 | | 42.57 | 14,075.21 |
| 10/21/10 | 003023 | American Express Bank FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000016, Payment 0.67487% | 7100-000 | | 59.59 | 14,015.62 |
| 10/21/10 | 003024 | Hanson Material Service Corp<br>8505 Freeport Parkway st. 500<br>Irving, Texas 75063 | Claim 000017, Payment 0.67481% | 7100-000 | | 333.75 | 13,681.87 |
| 10/21/10 | 003025 | Speedway SuperAmerica LLC<br>Douglas R Melin<br>539 South Main St<br>Findlay, OH 45840 | Claim 000021, Payment 0.67483% | 7100-000 | | 242.11 | 13,439.76 |
| 10/21/10 | 003026 | Hughes Socol Piers Resnick & Dym, Ltd.<br>70 West Madison Street, Suite 4000 | Claim 000022, Payment 0.67481% | 7100-000 | | 109.12 | 13,330.64 |

Page Subtotals　　0.00　　1,479.28

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

FORM 2

Page:   6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-01475 -PSH |
| Case Name: | GRANITE CARTAGE COMPANY |
| Taxpayer ID No: | *******6799 |
| For Period Ending: | 04/01/11 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0593  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/21/10 | 003027 | Chicago, Illinois 60602<br>L.731, IB of T, Excavators & Pavers Pension Fund<br>c/o Dowd, Bloch & Bennett<br>attn: Michele M. Reynolds<br>8 S. Michigan Avenue, 19th Floor<br>Chicago, IL 60603 | Claim 000028, Payment 0.67482% | 7100-000 | | 2,000.63 | 11,330.01 |
| 10/21/10 | 003028 | Health & Welfare Fund of the Excavating,<br>Grading & Ashphalt Craft, L. 731<br>c/o Dowd, Bloch & Bennett<br>8 S. Michigan Avenue, 19th Floor<br>Chicago, IL 60603 | Claim 000029, Payment 0.67482% | 7100-000 | | 1,414.23 | 9,915.78 |
| 10/21/10 | 003029 | Russell Day<br>12715 Cline Avenue<br>Cedar Lake, IN 46303 | Claim 000030, Payment 0.67482% | 7100-000 | | 404.89 | 9,510.89 |
| 10/21/10 | 003030 | Scott Acres<br>7380 Green Wood Court<br>Demotte, IN 46310 | Claim 000031, Payment 0.67484% | 7100-000 | | 138.45 | 9,372.44 |
| * 10/21/10 | 003031 | Kevin Peterson<br>1439 Cicero Avenue<br>Crestwood, IL 60445 | Claim 000032, Payment 0.67480% | 7100-004 | | 67.48 | 9,304.96 |
| 10/21/10 | 003032 | Robert Stachler<br>2547 W. 118th Street<br>Chicago, IL 60655 | Claim 000033, Payment 0.67482% | 7100-000 | | 337.41 | 8,967.55 |
| 10/21/10 | 003033 | Mark Van Drunnen<br>8526 Towle Street<br>Dyer, IN 46311 | Claim 000034, Payment 0.67481% | 7100-000 | | 471.10 | 8,496.45 |
| 10/21/10 | 003034 | Kevin R. Wolfe<br>1930 Maiden Lane<br>Whiting, IN 46394 | Claim 000035, Payment 0.67482% | 7100-000 | | 337.41 | 8,159.04 |
| 10/21/10 | 003035 | Wright Express Financial Services | Claim 000036, Payment 0.67489% | 7100-000 | | 35.02 | 8,124.02 |

|  | | | Page Subtotals | | 0.00 | 5,206.62 | |

Ver: 16.01c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

FORM 2

Page:   7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:           08-01475  -PSH

Case Name:    GRANITE CARTAGE COMPANY

Taxpayer ID No:  *******6799

For Period Ending:  04/01/11

Trustee Name:           PHILIP V. MARTINO

Bank Name:               BANK OF AMERICA, N.A.

Account Number / CD #:      *******0593  BofA - Checking Account

Blanket Bond (per case limit):   $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/21/10 | 003036 | Exxon/Mobile P O BOX 639 Portland, ME 04103 Airgas North Central 3300 Butler Avenue Chicago Heights, IL 60411 | Claim 000039, Payment 0.67484% | 7100-000 | | 13.29 | 8,110.73 |
| * 10/21/10 | 003037 | RJ & R Trucking and Excavating Inc. c/o Robert Habib 77 W. Washington Street Suite 411 Chicago, IL 60602 | Claim 000040, Payment 0.67481% | 7100-004 | | 124.73 | 7,986.00 |
| 10/21/10 | 003038 | Bruce R. DeJoris 879 Joliet Street #197 Dyer, Indiana 46311 | Claim 000041, Payment 0.67482% | 7100-000 | | 279.60 | 7,706.40 |
| 10/21/10 | 003039 | Acuity Kohner,Mann & Kailas,S.C. Barnabas Business Center 4650 N. Port Washington Road Milwaukee, WI 53212 | Claim 000043, Payment 0.67499% | 7100-000 | | 12.17 | 7,694.23 |
| 10/21/10 | 003040 | Midwest Suburban Publishing 6901 W. 159th Street Tinley Park, IL 60477 | Claim 000044, Payment 0.67378% | 7100-000 | | 5.25 | 7,688.98 |
| 10/21/10 | 003041 | Perry Steitz 3040 N. Knox Chicago, IL 60641 | Claim 000045, Payment 0.67485% | 7100-000 | | 44.54 | 7,644.44 |
| 10/21/10 | 003042 | Exxon Mobil Wright Express Financial Services P O BOX 639 Portland, ME 04103 | Claim 000047, Payment 0.67489% | 7100-000 | | 35.02 | 7,609.42 |

Page Subtotals              0.00          514.60

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   8

Exhibit 9

| | |
|---|---|
| Case No: | 08-01475 -PSH |
| Case Name: | GRANITE CARTAGE COMPANY |
| Taxpayer ID No: | *******6799 |
| For Period Ending: | 04/01/11 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0593  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/21/10 | 003043 | Vulcan Construction Materials LP d/b/a<br>Vulcan Materials Company<br>c/o Patrick Mazza & Associates<br>290 South Main Place, #101<br>Carol Stream IL 60188 | Claim 000049, Payment 0.67482% | 7100-000 | | 823.14 | 6,786.28 |
| 10/21/10 | 003044 | Material Service Corp.<br>7660 Imperial Way<br>Allentown, PA 18195 | Claim 000050, Payment 0.67481% | 7100-000 | | 333.75 | 6,452.53 |
| 10/21/10 | 003045 | Health & Welfare Fund of the Excavating,<br>Grading & Ashphalt Craft, L. 731<br>c/o Dowd, Bloch & Bennett<br>8 S. Michigan Avenue, 19th Floor<br>Chicago, IL 60603 | Claim 000051, Payment 0.67482% | 7100-000 | | 1,414.23 | 5,038.30 |
| 10/21/10 | 003046 | L.731, IB of T, Excavators & Pavers Pension Fund<br>c/o Dowd, Bloch & Bennett<br>attn: Michele M. Reynolds<br>8 S. Michigan Avenue, 19th Floor<br>Chicago, IL 60603 | Claim 000052, Payment 0.67482% | 7100-000 | | 2,000.63 | 3,037.67 |
| * 10/21/10 | 003047 | Kevin Peterson<br>1439 Cicero Avenue<br>Crestwood, IL 60445 | Claim 000053, Payment 0.67480% | 7100-004 | | 67.48 | 2,970.19 |
| 10/21/10 | 003048 | Robert Stachler<br>2547 W. 118th Street<br>Chicago, IL 60655 | Claim 000054, Payment 0.67482% | 7100-000 | | 337.41 | 2,632.78 |
| 10/21/10 | 003049 | Kevin R. Wolfe<br>1930 Maiden Lane<br>Whiting, IN 46394 | Claim 000055, Payment 0.67482% | 7100-000 | | 337.41 | 2,295.37 |
| 10/21/10 | 003050 | Mark Van Drunnen<br>8526 Towle Street<br>Dyer, IN 46311 | Claim 000056, Payment 0.67481% | 7100-000 | | 471.10 | 1,824.27 |

Page Subtotals   0.00   5,785.15

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

FORM 2

Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-01475  -PSH |
| Case Name: | GRANITE CARTAGE COMPANY |
| | |
| Taxpayer ID No: | *******6799 |
| For Period Ending: | 04/01/11 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0593  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 10/21/10 | 003051 | Russell Day<br>12715 Cline Avenue<br>Cedar Lake, IN 46303 | | Claim 000057, Payment 0.67482% | 7100-000 | | 404.89 | 1,419.38 |
| | 10/21/10 | 003052 | Scott Acres<br>7380 Green Wood Court<br>Demotte, IN 46310 | | Claim 000058, Payment 0.67484% | 7100-000 | | 138.45 | 1,280.93 |
| | 10/21/10 | 003053 | Russ Day<br>12715 Cline Ave.<br>Cedar Lake, IN 46303 | | Claim 000059, Payment 0.67482% | 7100-000 | | 404.89 | 876.04 |
| | 10/21/10 | 003054 | Puritan Financial Corporation | | Claim 1(A), Payment 0.67482% | 7100-000 | | 871.71 | 4.33 |
| | 10/21/10 | 003055 | United States Bankruptcy Court<br>IL | | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #     CLAIM #       DIVIDEND<br>=================================<br>11        000010         0.44<br>19        000018         3.89 | <br><br><br><br>7100-001<br>7100-001 | | 4.33 | 0.00 |
| * | 01/10/11 | 003031 | Kevin Peterson<br>1439 Cicero Avenue<br>Crestwood, IL 60445 | | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -67.48 | 67.48 |
| * | 01/10/11 | 003047 | Kevin Peterson<br>1439 Cicero Avenue<br>Crestwood, IL 60445 | | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -67.48 | 134.96 |
| | 01/10/11 | 003056 | Kevin Peterson<br>27 Ironwood Drive<br>Justice, IL  60458 | | Reissue of Check 3031 -- never received but debtor<br>called in with new address | 7100-000 | | 67.48 | 67.48 |
| | 01/10/11 | 003057 | Kevin Peterson<br>27 Ironwood Drive<br>Justice, IL  60458 | | Reissue for check No. 3047 -- never received or<br>cashed, stop payment | 7100-000 | | 67.48 | 0.00 |
| * | 01/27/11 | 003017 | Ol'Glory Transportation, Inc.<br>P.O. Box 730 | | Claim 000008, Payment 0.67477%<br>Unable to locate party.  Check is file. | 7100-003 | | -51.62 | 51.62 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 1,772.65 |

LFORM24

Ver: 16.01c

FORM 2

Page: 10

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:           08-01475 -PSH
Case Name:      GRANITE CARTAGE COMPANY

Taxpayer ID No:    *******6799
For Period Ending:   04/01/11

Trustee Name:    PHILIP V. MARTINO
Bank Name:       BANK OF AMERICA, N.A.
Account Number / CD #:    *******0593  BofA - Checking Account

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| * 01/27/11 | 003037 | Peotone, IL 60468<br>RJ & R Trucking and Excavating Inc.<br>c/o Robert Habib<br>77 W. Washington Street<br>Suite 411<br>Chicago, IL 60602 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -124.73 | 176.35 |
| 01/28/11 | 003058 | Clerk of the Court | Turnover of unclaimed funds<br>Ol'Glory Transportation $51.62<br>RJ&R Trucking $124.73 | 2700-000 | | 176.35 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 152,495.62 | 152,495.62 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 152,495.62 | 0.00 | |
| | | Subtotal | 0.00 | 152,495.62 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 152,495.62 | |

| | | | NET DEPOSITS | NET<br>DISBURSEMENTS | ACCOUNT<br>BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 335,360.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 171,022.00 | BofA - Money Market Account - *******6148 | 164,553.69 | 12,058.07 | 0.00 |
| | | BofA - Checking Account - ********0593 | 0.00 | 152,495.62 | 0.00 |
| Total Memo Allocation Net: | 164,338.00 | | ------------------------ | ------------------------ | ------------------------ |
| | | | 164,553.69 | 164,553.69 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account<br>Transfers) | (Excludes Payments<br>To Debtors) | Total Funds<br>On Hand |

Page Subtotals          0.00          51.62

Ver: 16.01c